# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
# HARRISBURG DIVISION

### CASE NO.: 1:19-cv-01638-YK

ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

KARNS PRIME AND FANCY FOOD LTD.
AND AD POST GRAPHICS MEDIA
MARKETING, INC.,

    Defendants.

## **DECLARATION OF JOEL ALBRIZIO**

I, Joel Albrizio, declare and say:

    1.    I am the President of Plaintiff Adlife Marketing & Communications Co., Inc. (Adlife) and I make the following statements from my own personal knowledge and in opposition to Defendants' Motion to Dismiss this action for plaintiff's failure to prosecute.

    2.    In the past two weeks, it has come to my attention that my (now former) counsel Richard Liebowitz and his firm have not been properly updating Adlife or me about the status of this case (as well as other cases).

    3.    Upon these realizations I have terminated Mr. Liebowitz and his firm from representation in this mater, and obtained new counsel through SRIPLAW, PA.

    4.    I rely on my counsel to provide updates on cases, including upcoming deadlines, pending motions, and requests for discovery for which my participation and assistance is required.

5. Neither Mr. Leibowitz nor his firm have informed me of the pending Summary Judgment or Motion to Dismiss in this case. Nor had I been informed of any of the problems or deficiencies in Mr. Liebowitz's and his firm's participation in this matter.

6. Adlife took upon itself to search court records and determine the active status of its pending cases. Only by Adlife's own searching over the past few weeks did Adlife become aware of the issues in this case, including the pending motions.

7. I have just recently learned of the numerous deadlines in this case, as well as the issues with the discovery requests that have been made to Adlife from Defendants.

8. Neither Mr. Liebowitz nor his firm sought Adlife's input on the substance of Adlife's discovery responses.

9. Neither Mr. Liebowitz nor his firm informed Adlife or sought my input on the pending motions before the court.

10. Neither Mr. Liebowitz nor his firm sought my approval or input for the Local Counsel that has entered this case on Adlife's behalf.

11. Adlife is and always has been prepared, willing and able to participate in this lawsuit.

12. A dismissal of this lawsuit would result in substantial prejudice and harm to Adlife, through no fault of its own.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 25, 2020 at Mashpee MA.

_____
Joel Albrizio