# Exhibit 4



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782 | licensing@adlife.com

March 9, 2017

Fry Communications Inc
800 W Church Rd Bldg 2
Mechanicsburg, PA 17055

7016 0910 0001 7272 0452

Dear Fry Communications Inc,

The purpose of this correspondence is to reiterate the fact that as of Wednesday March 1, 2017 your company no longer has access to, or the right to use, Food Photography by Adlife Marketing and Communications (Adlife) obtained through your subscription to the Creative Outlet website. The agreement between Creative Outlet (formerly MultiAd) and Adlife that afforded you the license for the use of Adlife images, in any type of media, was terminated as of March 1, 2017.



This termination of your licensing rights applies to any and all images you may have downloaded in the past, or are currently using in any print, web, digital and or video media products you have developed with Adlife Food Photography, obtained through your Creative Outlet subscription. It is strongly recommended that you take the appropriate steps to ensure that you do not inadvertently use any of these images after that date without the proper licensing in place.

Contact Adlife at 401-723-4782 for any support or questions you may have.

Consider this correspondence your official notification to cease and desist the use of Adlife Food Photography images obtained through your Creative Outlet subscription or be subject to willful copyright infringement claims.

Licensing for all of the over 25,000 food photography images through a subscription is available at PreparedFoodPhotos.com. A monthly subscription directly through Adlife will provide a seamless transition of your licensing rights to the most extensive and high quality food photography library anywhere.

PreparedFoodPhotos.com is the only blanket food photography license available in the United States.

At PreparedFoodPhotos.com we look forward to continuing to provide to you the very best food photography images in the industry.

Sincerely,

Joel M. Albrizio
President
PreparedFoodPhotos.com & Adlife Marketing & Communications Co., Inc.

Direct Line 617-759-4504

