IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADLIFE MARKETING & : | |
| COMMUNICATIONS COMPANY, INC., : | |
|    Plaintiff : | |
| : | No. 1:19-cv-01638 |
| v. : | |
| : | (Judge Kane) |
| KARNS PRIME AND : | |
| FANCY FOOD LTD, : | |
|    Defendant : | |

## ORDER

**AND NOW**, on this 23rd day of February 2021, upon consideration of Defendant Karns Prime and Fancy Food Ltd. ("Defendant")'s motion to dismiss pursuant to Federal Rule of Civil Procedure 41(b) (Doc. No. 36), in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Defendant's motion (Doc. No. 36) is **GRANTED**;

2. Plaintiff Adlife Marketing & Communications Company, Inc. ("Plaintiff")'s motion for leave to file a supplemental response (Doc. No. 49) is **DEEMED WITHDRAWN**;

3. Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**;

4. Defendant's motion for summary judgment (Doc. No. 31), the motion to withdraw as counsel filed by Attorneys Richard Liebowitz, James H. Freeman, and Mark G. Wendaur, IV (Doc. No. 45), and Plaintiff's motion for leave to file an amended complaint (Doc. No. 57) are **DENIED AS MOOT**; and

5. The Clerk of Court is directed to **CLOSE** this case.

                                                  s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania