# Exhibit 2

**To:** Joel Albrizio[joel@adlife.com]
**Cc:** Doug Fleurant[doug.fleurant@adlife.com]
**From:** Richard Liebowitz
**Sent:** Sat 8/22/2020 4:19:52 AM
**Subject:** Re: Judge Recommends Copyright Troll Richard Liebowitz Be Removed From Roll Of The Court For Misconduct In Default Judgment Case | Techdirt

Yes, might be a ==corrupt== judge. We can go over on Monday. Everything will be okay.

Best,

Richard Liebowitz
Liebowitz Law Firm, PLLC
516-233-1660
www.LiebowitzLawFirm.com


On Sat, Aug 22, 2020 at 12:15 AM Joel Albrizio <joel@adlife.com> wrote:

> The judge made statements in which he names cases of Adlife. Page 22 par#10.....I would like to better understand why we dismissed these cases. I believe the dismissals were based on settlements and not incorrect filings.
> We just need to go over all of this and totally understand everything.......Joel

On Fri, Aug 21, 2020 at 11:47 PM Richard Liebowitz <rl@liebowitzlawfirm.com> wrote:

> I think if we come back with $10k he might be more inclined to accept it, in my opinion he was just concerned with the $30k and also my hourly rate which was affirmed in the SDNY. Lets think about it so, we can write to the Court on Monday.
>
> Best,
>
> Richard Liebowitz
> Liebowitz Law Firm, PLLC
> 516-233-1660
> www.LiebowitzLawFirm.com


On Fri, Aug 21, 2020 at 11:39 PM Joel Albrizio <joel@adlife.com> wrote:

> Richard,

We need to discuss the entirety of the article. We need to discuss the judge looking upon Adlife as somewhat underhanded for isung LLF. I am concerned about what you think and what can be done. I believe these cases were settled not dismissed because of lack of proper information.

Joel

On Fri, Aug 21, 2020 at 9:44 PM Richard Liebowitz <rl@liebowitzlawfirm.com> wrote:

> Yes, this was the case we discussed about. Terrible judge that didn't agree with the $30k in default. We often get $30k on default but this judge is just devaluing copyright laws. Think we ask the Court for $10k?

On Fri, Aug 21, 2020 at 9:20 PM Joel Albrizio <joel@adlife.com> wrote:

> Richard,

We need to set up a day and time to discuss this!

Joel

https://www.techdirt.com/articles/20200821/10012945159/judge-recommends-copyright-troll-richard-liebowitz-be-removed-roll-court-misconduct-default-judgment-case.shtml

Typed with two thumbs and sent from my iPhone

--

\*\*Much of our business is built on referrals from clients like yourself

who have been pleased with the services we've provided. If you know of

another company that might benefit from the products and services we

provide we would be grateful for a referral.\*\*


    --

Best,

Richard Liebowitz
Liebowitz Law Firm, PLLC
516-233-1660
www.LiebowitzLawFirm.com


--
*Joel M. Albrizio*
*38 Church Street*
*Pawtucket, R.I. 02862*
*Direct 617-759-4504*
*Bad-Adz.com*
*PreparedFoodPhotos.com*
*Adlife.com*

---

**Much of our business is built on referrals from clients like yourself who have been pleased with the services we've provided. If you know of another company that might benefit from the products and services we provide we would be grateful for a referral.**

--
*Joel M. Albrizio*
*38 Church Street*
*Pawtucket, R.I. 02862*
*Direct 617-759-4504*
*Bad-Adz.com*
*PreparedFoodPhotos.com*
*Adlife.com*

---

**Much of our business is built on referrals from clients like yourself who have been pleased with the services we've provided. If you know of another company that might benefit from the products and services we provide we would be grateful for a referral.**