# Exhibit 3

**To:** Joel Albrizio[joel@adlife.com]
**Cc:** Richard Liebowitz[rl@liebowitzlawfirm.com]; Doug Fleurant[doug.fleurant@adlife.com]; Jennifer Albrizio[jennifer.albrizio@adlife.com]
**From:** Rebecca Jones
**Sent:** Fri 9/20/2019 8:19:30 PM
**Subject:** Re: Karn's & Ad Post
Karns Foods - Infringement Image Info.pdf

Richard,

These have been uploaded to the Google Drive (link: https://drive.google.com/drive/folders/1HCW2eCKqgnnbnqwE1d3VmOdgxoYbHeQ7?usp=sharing).

Karns Foods has 36 images, used 89 times.

The .pdf for the Notices was too large to attach to this email, but I have attached the Summary.

Please let me know if you have any questions, or if there is anything else you need to file this. Thank you.

Rebecca

On Fri, Sep 20, 2019 at 2:36 PM Joel Albrizio <joel@adlife.com> wrote:

> Richard,
> You will receive an account this evening for Karn's Foods. We would like them filed ASAP and included in the filing we would like to have the....
>
> Ad Post
> 1501 Route 51
> Jefferson Hills, Pa 15025
>
> There are +-30 unique images! When you have time let's chat about Carly "C".....thank you for all of your help, Joel

**Joel Albrizio**
President
(C) 617-759-4504
(O) 401.723.4782
joel@adlife.com

38 Church Street
Pawtucket, RI 02860

www.adlife.com



--

Rebecca Jones

Intellectual Property Manager

O: (401) 723-4782
rebecca.jones@adlife.com
38 Church Street
Pawtucket, RI 02860

# Karns Foods - Infringement Data

**36 Total Images**
**89 Total Infringements**

| | |
|---|---|
| Image Name: | BBQSpareRibsCooked001_ADL.jpg |
| Registration Number: | VA0002045003 |
| Registration Date: | April 19, 2017 |
| Creation Date: | July 06, 1994 |
| Publication Date: | July 16, 1994 |
| Earliest Documented Appearance: | August 23, 2019 |
| Infringement Count: | 1 |

| | |
|---|---|
| Image Name: | BBQSpareRibsHR0609.jpg |
| Registration Number: | VA0002024712 |
| Registration Date: | December 18, 2016 |
| Creation Date: | June 01, 1994 |
| Publication Date: | June 08, 1994 |
| Earliest Documented Appearance: | August 09, 2019 |
| Infringement Count: | 2 |

| | |
|---|---|
| Image Name: | BabyBellaMushroomsHR0609.jpg |
| Registration Number: | VA0002024712 |
| Registration Date: | December 18, 2016 |
| Creation Date: | July 21, 1994 |
| Publication Date: | August 05, 1994 |
| Earliest Documented Appearance: | August 23, 2019 |
| Infringement Count: | 1 |

| | |
|---|---|
| Image Name: | BeefBottomRoundRoast018_ADL.jpg |
| Registration Number: | VA0002025765 |
| Registration Date: | January 05, 2017 |
| Creation Date: | September 15, 1997 |
| Publication Date: | September 22, 1997 |
| Earliest Documented Appearance: | August 16, 2019 |
| Infringement Count: | 2 |

| | |
|---|---|
| Image Name: | BeetRootHC1102.jpg |
| Registration Number: | VA0002055117 |
| Registration Date: | May 31, 2017 |
| Creation Date: | January 14, 2000 |
| Publication Date: | January 22, 2000 |
| Earliest Documented Appearance: | August 09, 2019 |
| Infringement Count: | 2 |

| | |
|---|---|
| Image Name: | Blueberry003_ADL.jpg |
| Registration Number: | VA0002047017 |
| Registration Date: | March 05, 2017 |
| Creation Date: | November 21, 2000 |
| Publication Date: | December 05, 2000 |
| Earliest Documented Appearance: | August 09, 2019 |
| Infringement Count: | 4 |

| | | |
|---|---|---|
| | Image Name: | BottomRoundRoastRawHR0505.jpg |
| | Registration Number: | VA0002020887 |
| | Registration Date: | October 28, 2016 |
| | Creation Date: | February 31, 1994 |
| | Publication Date: | March 15, 1994 |
| | Earliest Documented Appearance: | August 16, 2019 |
| | Infringement Count: | 1 |
| | Image Name: | Broccoli003_ADL.jpg |
| | Registration Number: | VA0002044966 |
| | Registration Date: | April 22, 2017 |
| | Creation Date: | January 13, 2002 |
| | Publication Date: | January 27, 2002 |
| | Earliest Documented Appearance: | August 09, 2019 |
| | Infringement Count: | 5 |
| | Image Name: | CantaloupeHR0307.jpg |
| | Registration Number: | VA0002021644 |
| | Registration Date: | November 04, 2016 |
| | Creation Date: | October 20, 1996 |
| | Publication Date: | October 27, 1996 |
| | Earliest Documented Appearance: | August 09, 2019 |
| | Infringement Count: | 6 |
| | Image Name: | CatfishFillet003_ADL.jpg |
| | Registration Number: | VA0002047004 |
| | Registration Date: | March 07, 2017 |
| | Creation Date: | March 01, 1998 |
| | Publication Date: | March 08, 1998 |
| | Earliest Documented Appearance: | August 23, 2019 |
| | Infringement Count: | 2 |
| | Image Name: | ChickenBreastBnlsGrlMrk004_ADL.jpg |
| | Registration Number: | VA0002046891 |
| | Registration Date: | January 23, 2017 |
| | Creation Date: | November 12, 1998 |
| | Publication Date: | November 19, 1998 |
| | Earliest Documented Appearance: | August 23, 2019 |
| | Infringement Count: | 2 |
| | Image Name: | ChickenBreastStuffed005_ADL.jpg |
| | Registration Number: | VA0002046891 |
| | Registration Date: | January 23, 2017 |
| | Creation Date: | November 12, 1998 |
| | Publication Date: | November 19, 1998 |
| | Earliest Documented Appearance: | September 06, 2019 |
| | Infringement Count: | 1 |
| | Image Name: | ChickenThighsRawHR0409.jpg |
| | Registration Number: | VA0002023644 |
| | Registration Date: | December 02, 2016 |
| | Creation Date: | March 17, 1994 |
| | Publication Date: | March 24, 1994 |
| | Earliest Documented Appearance: | September 13, 2019 |
| | Infringement Count: | 1 |

| | | |
|---|---|---|
| | Image Name: | CrabCake001_ADL.jpg |
| | Registration Number: | VA0002047004 |
| | Registration Date: | March 07, 2017 |
| | Creation Date: | October 21, 1998 |
| | Publication Date: | November 05, 1998 |
| | Earliest Documented Appearance: | August 23, 2019 |
| | Infringement Count: | 2 |
| | Image Name: | CrabSnow001_ADL.jpg |
| | Registration Number: | VA0002025644 |
| | Registration Date: | December 30, 2016 |
| | Creation Date: | June 12, 1994 |
| | Publication Date: | June 19, 1994 |
| | Earliest Documented Appearance: | August 09, 2019 |
| | Infringement Count: | 6 |
| | Image Name: | CrabmeatSalad001_ADL.jpg |
| | Registration Number: | VA0002033004 |
| | Registration Date: | March 15, 2017 |
| | Creation Date: | September 23, 1995 |
| | Publication Date: | October 09, 1995 |
| | Earliest Documented Appearance: | August 09, 2019 |
| | Infringement Count: | 5 |
| | Image Name: | EggplantHR0402.jpg |
| | Registration Number: | VA0002023644 |
| | Registration Date: | December 02, 2016 |
| | Creation Date: | September 21, 1994 |
| | Publication Date: | October 05, 1994 |
| | Earliest Documented Appearance: | August 09, 2019 |
| | Infringement Count: | 2 |
| | Image Name: | FlounderFillet008_ADL.jpg |
| | Registration Number: | VA0002047004 |
| | Registration Date: | March 07, 2017 |
| | Creation Date: | February 09, 1998 |
| | Publication Date: | February 16, 1998 |
| | Earliest Documented Appearance: | August 23, 2019 |
| | Infringement Count: | 1 |
| | Image Name: | HaddockFilletHR0410.jpg |
| | Registration Number: | VA0002024450 |
| | Registration Date: | December 09, 2016 |
| | Creation Date: | January 06, 1994 |
| | Publication Date: | January 13, 1994 |
| | Earliest Documented Appearance: | August 09, 2019 |
| | Infringement Count: | 2 |
| | Image Name: | HamCheeseSandwichHR0309.jpg |
| | Registration Number: | VA0002022966 |
| | Registration Date: | November 26, 2016 |
| | Creation Date: | July 16, 1994 |
| | Publication Date: | July 23, 1994 |
| | Earliest Documented Appearance: | August 09, 2019 |
| | Infringement Count: | 5 |

| | | |
|---|---|---|
| | Image Name: | HamShankBrth015_ADL.jpg |
| | Registration Number: | VA0002046902 |
| | Registration Date: | January 16, 2017 |
| | Creation Date: | February 21, 1994 |
| | Publication Date: | March 05, 1994 |
| | Earliest Documented Appearance: | August 09, 2019 |
| | Infringement Count: | 2 |
| | Image Name: | JumboShrimpCooked001_ADL.jpg |
| | Registration Number: | VA0002055126 |
| | Registration Date: | April 27, 2017 |
| | Creation Date: | September 28, 1998 |
| | Publication Date: | October 08, 1998 |
| | Earliest Documented Appearance: | August 09, 2019 |
| | Infringement Count: | 6 |
| | Image Name: | MushroomsWhiteHR0305.jpg |
| | Registration Number: | VA0002021644 |
| | Registration Date: | November 04, 2016 |
| | Creation Date: | June 02, 1996 |
| | Publication Date: | June 09, 1996 |
| | Earliest Documented Appearance: | August 16, 2019 |
| | Infringement Count: | 1 |
| | Image Name: | MusselsRaw0410a.jpg |
| | Registration Number: | VA0002024450 |
| | Registration Date: | December 09, 2016 |
| | Creation Date: | January 21, 1994 |
| | Publication Date: | February 05, 1994 |
| | Earliest Documented Appearance: | August 09, 2019 |
| | Infringement Count: | 3 |
| | Image Name: | OystersInShellHR0410a.jpg |
| | Registration Number: | VA0002024450 |
| | Registration Date: | December 09, 2016 |
| | Creation Date: | January 21, 1994 |
| | Publication Date: | February 05, 1994 |
| | Earliest Documented Appearance: | August 09, 2019 |
| | Infringement Count: | 1 |
| | Image Name: | PeaSnap002_ADL.jpg |
| | Registration Number: | VA0002055113 |
| | Registration Date: | May 03, 2017 |
| | Creation Date: | June 18, 1994 |
| | Publication Date: | June 23, 1994 |
| | Earliest Documented Appearance: | September 06, 2019 |
| | Infringement Count: | 1 |
| | Image Name: | Pears002_ADL.jpg |
| | Registration Number: | VA0002055123 |
| | Registration Date: | April 27, 2017 |
| | Creation Date: | July 06, 1994 |
| | Publication Date: | July 11, 1994 |
| | Earliest Documented Appearance: | September 06, 2019 |
| | Infringement Count: | 2 |

| | | |
|---|---|---|
| | Image Name: | PorkButtRaw0306.jpg |
| | Registration Number: | VA0002020887 |
| | Registration Date: | October 28, 2016 |
| | Creation Date: | June 31, 1994 |
| | Publication Date: | July 15, 1994 |
| | Earliest Documented Appearance: | August 16, 2019 |
| | Infringement Count: | 3 |
| | Image Name: | PorkChopBnIn010_ADL.jpg |
| | Registration Number: | VA0002025647 |
| | Registration Date: | December 30, 2016 |
| | Creation Date: | August 21, 1996 |
| | Publication Date: | September 05, 1996 |
| | Earliest Documented Appearance: | September 13, 2019 |
| | Infringement Count: | 1 |
| | Image Name: | RibeyeRoastCooked0309.jpg |
| | Registration Number: | VA0002022966 |
| | Registration Date: | November 26, 2016 |
| | Creation Date: | July 01, 1994 |
| | Publication Date: | July 08, 1994 |
| | Earliest Documented Appearance: | August 23, 2019 |
| | Infringement Count: | 1 |
| | Image Name: | RumpRoastRaw001_ADL.jpg |
| | Registration Number: | VA0002044969 |
| | Registration Date: | April 22, 2017 |
| | Creation Date: | September 23, 1995 |
| | Publication Date: | October 09, 1995 |
| | Earliest Documented Appearance: | September 06, 2019 |
| | Infringement Count: | 1 |
| | Image Name: | SirloinSteakRawHR0701.jpg |
| | Registration Number: | VA0002020887 |
| | Registration Date: | October 28, 2016 |
| | Creation Date: | May 05, 1994 |
| | Publication Date: | May 12, 1994 |
| | Earliest Documented Appearance: | August 30, 2019 |
| | Infringement Count: | 3 |
| | Image Name: | StewBeef001_ADL.jpg |
| | Registration Number: | VA0002044969 |
| | Registration Date: | April 22, 2017 |
| | Creation Date: | April 23, 1995 |
| | Publication Date: | May 11, 1995 |
| | Earliest Documented Appearance: | August 16, 2019 |
| | Infringement Count: | 3 |
| | Image Name: | TboneSteak003_ADL.jpg |
| | Registration Number: | VA0002044969 |
| | Registration Date: | April 22, 2017 |
| | Creation Date: | June 29, 1995 |
| | Publication Date: | July 10, 1995 |
| | Earliest Documented Appearance: | August 16, 2019 |
| | Infringement Count: | 1 |

|  | Image Name: | TurkeySandwichChipsHR0307.jpg |
|---|---|---|
| | Registration Number: | VA0002021644 |
| | Registration Date: | November 04, 2016 |
| | Creation Date: | March 21, 1996 |
| | Publication Date: | April 05, 1996 |
| | Earliest Documented Appearance: | August 23, 2019 |
| | Infringement Count: | 2 |
| | Image Name: | WatermelonSeedless003_ADL.jpg |
| | Registration Number: | VA0002045016 |
| | Registration Date: | April 07, 2017 |
| | Creation Date: | May 19, 1998 |
| | Publication Date: | May 26, 1998 |
| | Earliest Documented Appearance: | August 09, 2019 |
| | Infringement Count: | 5 |