# Exhibit 4

**To:** Joel Albrizio[joel@adlife.com]
**Cc:** Richard Liebowitz[RL@liebowitzlawfirm.com]; Doug Fleurant[doug.fleurant@adlife.com]
**From:** Rebecca Jones
**Sent:** Mon 2/3/2020 7:43:02 PM
**Subject:** Re: Karns
Karns Certificate Information.xlsx

Richard,

Attached is the information you requested.

██████████████████████████████████████████████████████████████
████

Please let me know if there is anything else you need to wrap up these cases.

Thank you,
Rebecca


On Mon, Feb 3, 2020 at 2:22 PM Joel Albrizio <joel@adlife.com> wrote:

> ██████████████████████████████████████████████████████████████
> ██████████████████████████████████████████████████████████████
> ████████████████████████████████

On Mon, Feb 3, 2020 at 2:17 PM Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:

> ████████████████████████████████████

On Mon, Feb 3, 2020 at 11:09 AM Joel Albrizio <joel@adlife.com> wrote:

> ███████████████████████████████████████████████████
> ███████████████████████████████████

██████████████████████████████████████████████████████████
██████████████████████████

Joel

On Mon, Feb 3, 2020 at 2:01 PM Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:

> Hi Joel,
>
> ████████████████████████████████████  ██████████████████████████████████
> ████████████████████████
>
> ██████████████████████████████████████████████████████████████
> ████████████████████████████

Best,
Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t 516 233 1660
RL@LiebowitzLawFirm.com
www.LiebowitzLawFirm.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

On Mon, Feb 3, 2020 at 10:53 AM Joel Albrizio <joel@adlife.com> wrote:

[redacted]

On Mon, Feb 3, 2020 at 1:36 PM Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:

> Hi Rebecca,
> Hope you are well. Karns would like a spreadsheet of the 22 different copyright registrations and the effective date of each registration. Can you kindly put this together? Thank you so much!
>
> Best,
> Richard Liebowitz, Esq.
> Liebowitz Law Firm, PLLC
> t.516-233-1660
> RL@LiebowitzLawFirm.com
> www.LiebowitzLawFirm.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

--
*Joel M. Albrizio*
*38 Church Street*
*Pawtucket, R.I. 02862*
*Direct 617-759-4504*
*Bad-Adz.com*
*PreparedFoodPhotos.com*
*Adlife.com*

---

**Much of our business is built on referrals from clients like yourself who have been pleased with the services we've provided. If you know of another company that might benefit from the products and services we provide we would be grateful for a referral.**

--
*Joel M. Albrizio*
*38 Church Street*
*Pawtucket, R I  02862*
*Direct 617-759-4504*

**Much of our business is built on referrals from clients like yourself who have been pleased with the services we've provided. If you know of another company that might benefit from the products and services we provide we would be grateful for a referral.**

--
Best,
Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660
RL@LiebowitzLawFirm.com
www.LiebowitzLawFirm.com


*********************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
*********************************************************************


--
*Joel M. Albrizio*
*38 Church Street*
*Pawtucket, R.I. 02862*
*Direct 617-759-4504*
*Bad-Adz.com*
*PreparedFoodPhotos.com*
*Adlife.com*


--

**Rebecca M. Jones**
Intellectual Property Manager
C: (401) 543-7553
O: (401) 723-4782
rebecca.jones@adlife.com

38 Church Street
Pawtucket, RI 02860
www.adlife.com

| Certificate No | Effective Date of Registration |
|---|---|
| VA000202088' | 10/28/16 |
| VA0002021644 | 11/04/16 |
| VA000202296( | 11/26/16 |
| VA0002023644 | 12/02/16 |
| VA000202445( | 12/09/16 |
| VA0002024712 | 12/18/16 |
| VA0002025644 | 12/30/16 |
| VA000202564' | 12/30/16 |
| VA000202576: | 01/05/17 |
| VA0002033004 | 03/15/17 |
| VA000204496( | 04/22/17 |
| VA000204496! | 04/22/17 |
| VA000204500: | 04/19/17 |
| VA000204501( | 04/07/17 |
| VA000204689 | 01/23/17 |
| VA0002046902 | 01/16/17 |
| VA0002047004 | 03/07/17 |
| VA000204701' | 03/05/17 |
| VA000205511: | 05/15/17 |
| VA000205511' | 05/31/17 |
| VA0002055122 | 04/27/17 |
| VA000205512( | 04/27/17 |