# Exhibit

# 6

**From:**    Google Calendar
**Importance:**    Normal
**Subject:**    <mark>Karns</mark> 2nd Discovery Request Call Dial Up 712-770-4138 Access Code 893590#
**Start Date/Time:**    Mon 4/13/2020 7:45:00 PM
**End Date/Time:**    Mon 4/13/2020 8:45:00 PM
invite.ics

---

**You have been invited to the following event.**

## <mark>Karns</mark> 2nd Discovery Request Call Dial Up 712-770-4138 Access Code 893590#

| | |
|---|---|
| When | Mon Apr 13, 2020 3:45pm – 4:45pm Eastern Time - New York |
| Calendar | doug.fleurant@adlife.com |
| Who | • <mark>rebecca</mark>.jones@adlife.com - organizer |
| | • doug.fleurant@adlife.com |
| | • Joel Albrizio |
| | • richardpliebowitz@gmail.com |
| | • jf@liebowitzlawfirm.com |

**more details »**
Going (doug.fleurant@adlife.com)?   **Yes** - **Maybe** - **No**   more options »

---

Invitation from **Google Calendar**

You are receiving this email at the account doug.fleurant@adlife.com because you are subscribed for invitations on calendar doug.fleurant@adlife.com.

To stop receiving these emails, please log in to https://www.google.com/calendar/ and change your notification settings for this calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More.