Exhibit

9

TO ORDER COPIES OF ANY DOCUMENTS LISTED
BELOW, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**This docket is current through 01/02/2020**

**Current Date:** 3/11/2021
**Source:**        U.S. District Court, District of Vermont (Rutland)

| | |
|---|---|
| **Court:** | U.S. District Court, District of Vermont (Rutland) |
| **Case Title:** | MyWebGrocer, Inc. v. Adlife Marketing & Communications Co., Inc. |
| **Case:** | 5:16-CV-00310 |
| **Judge:** | Chief Judge Geoffrey W. Crawford |
| **Date Filed:** | 11/18/2016 |
| **Date Closed/Terminated:** | 01/02/2020 |
| **Case Status:** | CLOSED, ENE3, ENEN |

### SYNOPSIS INFORMATION

| | |
|---|---|
| **Allegations:** | Plaintiff seeks a declaration that Defendant is without right or authority to threaten or to maintain suit against Plaintiff or its customers for alleged copyright infringement and that no valid and enforceable copyright is infringed by Defendant or its customers based on its use of the Accused Images. Registration No. VA0002012581. |
| **Damages:** | Declaratory relief, injunction, fees and costs. |
| **COMPLAINT (MANUALLY RETRIEVED)** | Original Image of this Document (PDF) |

### CASE INFORMATION

| | |
|---|---|
| **Case Number:** | 5:16CV00310 |
| **Jury Demand:** | Both |
| **Nature of Suit:** | Property Rights: Copyrights (820) |
| **Key Nature of Suit:** | Intellectual Property; Copyright (260.05) |
| **Jurisdiction:** | Federal Question |
| **Cause:** | 28 USC 2201 Declaratory Judgment |

### PARTICIPANT INFORMATION

| **MyWebGrocer, Inc.** |
|---|

| | |
|---|---|
| **Type:** | Plaintiff |
| **Attorney:** | Cathleen E. Stadecker, Esq. |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Downs Rachlin Martin PLLC |
| **Attorney Address:** | 199 Main Street |
| | P.O. Box 190 |
| | Burlington, VT 05402-0190 |
| **Attorney Phone:** | 802-863-2375 |
| **Attorney Fax:** | 802-862-7512 |
| **Email Address:** | cstadecker@drm.com |
| **Attorney:** | Evan J. O'Brien, Esq. |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Downs Rachlin Martin PLLC |
| **Attorney Address:** | 199 Main Street |
| | P.O. Box 190 |
| | Burlington, VT 05402-0190 |

| | |
|---|---|
| **Attorney Phone:** | 802-863-2375 |
| **Attorney Fax:** | 802-862-7512 |
| **Email Address:** | eobrien@drm.com |
| **Attorney:** | Matthew S. Borick, Esq. |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Downs Rachlin Martin PLLC |
| **Attorney Address:** | 199 Main Street |
| | P.O. Box 190 |
| | Burlington, VT 05402-0190 |
| **Attorney Phone:** | 802-863-2375 |
| **Attorney Fax:** | 802-862-7512 |
| **Email Address:** | mborick@drm.com |
| **Attorney:** | Peter B. Kunin, Esq. |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Downs Rachlin Martin PLLC |
| **Attorney Address:** | 199 Main Street |
| | P.O. Box 190 |
| | Burlington, VT 05402-0190 |
| **Attorney Phone:** | 802-863-2375 |
| **Attorney Fax:** | 802-862-7512 |

## Adlife Marketing & Communications Co., Inc.

| | |
|---|---|
| **Type:** | Counter Claimant |
| **Attorney:** | Jack W. Pirozzolo, Esq. |
| **Status:** | PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Attorney Terminated:** | TERMINATED: 06/05/2017 |
| **Firm Name:** | Sidley Austin LLP |
| **Attorney Address:** | 60 State Street, 36th Floor |
| | Boston, MA 02109 |
| **Attorney Phone:** | 617-223-0304 |
| **Attorney Fax:** | 617-223-0301 |
| **Attorney:** | Kenyon D. Colli, Esq. |
| **Status:** | PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Attorney Terminated:** | TERMINATED: 06/05/2017 |
| **Firm Name:** | Sidley Austin LLP |
| **Attorney Address:** | 60 State Street, 36th Floor |
| | Boston, MA 02109 |
| **Attorney Phone:** | 617-223-0337 |
| **Attorney Fax:** | 617-223-0301 |
| **Attorney:** | Mathew K. Higbee, Esq. |
| **Status:** | PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Higbee & Associates |
| **Attorney Address:** | 1504 Brookhollow Drive, Suite 112 |
| | Santa Ana, CA 92705 |
| **Attorney Phone:** | 714-617-8300 |
| **Attorney Fax:** | 714-617-6559 |
| **Email Address:** | mhigbee@higbeeassociates.com |
| **Attorney:** | Ryan E. Carreon, Esq. |
| **Status:** | PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Higbee & Associates |
| **Attorney Address:** | 1504 Brookhollow Drive, Suite 112 |
| | Santa Ana, CA 92705 |
| **Attorney Phone:** | 714-617-8336 |
| **Attorney Fax:** | 714-617-6559 |
| **Attorney:** | Gregory P. Howard, Esq. |

| | |
|---|---|
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Donovan O'Connor & Dodig, LLP |
| **Attorney Address:** | 116 South Street |
| | Bennington, VT 05201 |
| **Attorney Phone:** | 802-442-3233 |
| **Email Address:** | ghoward@docatty.com |

## Adlife Marketing & Communications Co., Inc.

| | |
|---|---|
| **Type:** | Defendant |
| **Attorney:** | Jack W. Pirozzolo, Esq. |
| **Status:** | PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Attorney Terminated:** | TERMINATED: 06/05/2017 |
| **Firm Name:** | Sidley Austin LLP |
| **Attorney Address** | 60 State Street, 36th Floor |
| | Boston, MA 02109 |
| **Attorney Phone:** | 617-223-0304 |
| **Attorney Fax:** | 617-223-0301 |
| **Attorney:** | Kenyon D. Colli, Esq. |
| **Status:** | PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Attorney Terminated:** | TERMINATED: 06/05/2017 |
| **Firm Name:** | Sidley Austin LLP |
| **Attorney Address:** | 60 State Street, 36th Floor |
| | Boston, MA 02109 |
| **Attorney Phone:** | 617-223-0337 |
| **Attorney Fax:** | 617-223-0301 |
| **Attorney:** | Mathew K. Higbee, Esq. |
| **Status:** | PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Higbee & Associates |
| **Attorney Address:** | 1504 Brookhollow Drive, Suite 112 |
| | Santa Ana, CA 92705 |
| **Attorney Phone:** | 714-617-8300 |
| **Attorney Fax:** | 714-617-6559 |
| **Email Address:** | mhigbee@higbeeassociates.com |
| **Attorney:** | Naomi M. Sarega, Esq. |
| **Status:** | PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Higbee & Associates |
| **Attorney Address:** | 1504 Brookhollow Drive, Suite 112 |
| | Santa Ana, CA 92705 |
| **Attorney Phone:** | 714-617-8325 |
| **Attorney Fax:** | 714-617-6559 |
| **Attorney:** | Ryan E. Carreon, Esq. |
| **Status:** | PRO HAC VICE; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Higbee & Associates |
| **Attorney Address:** | 1504 Brookhollow Drive, Suite 112 |
| | Santa Ana, CA 92705 |
| **Attorney Phone:** | 714-617-8336 |
| **Attorney Fax:** | 714-617-6559 |
| **Attorney:** | Gregory P. Howard, Esq. |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Donovan O'Connor & Dodig, LLP |
| **Attorney Address:** | 116 South Street |
| | Bennington, VT 05201 |
| **Attorney Phone:** | 802-442-3233 |
| **Email Address:** | ghoward@docatty.com |

## MyWebGrocer, Inc.

| | |
|---|---|
| **Type:** | Counter Defendant |
| **Attorney:** | Cathleen E. Stadecker, Esq. |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Downs Rachlin Martin PLLC |
| **Attorney Address:** | 199 Main Street |
| | P.O. Box 190 |
| | Burlington, VT 05402-0190 |
| **Attorney Phone:** | 802-863-2375 |
| **Attorney Fax:** | 802-862-7512 |
| **Email Address:** | cstadecker@drm.com |
| **Attorney:** | Evan J. O'Brien, Esq. |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Downs Rachlin Martin PLLC |
| **Attorney Address:** | 199 Main Street |
| | P.O. Box 190 |
| | Burlington, VT 05402-0190 |
| **Attorney Phone:** | 802-863-2375 |
| **Attorney Fax:** | 802-862-7512 |
| **Email Address:** | eobrien@drm.com |
| **Attorney:** | Matthew S. Borick, Esq. |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Downs Rachlin Martin PLLC |
| **Attorney Address:** | 199 Main Street |
| | P.O. Box 190 |
| | Burlington, VT 05402-0190 |
| **Attorney Phone:** | 802-863-2375 |
| **Attorney Fax:** | 802-862-7512 |
| **Email Address:** | mborick@drm.com |
| **Attorney:** | Peter B. Kunin, Esq. |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | Downs Rachlin Martin PLLC |
| **Attorney Address:** | 199 Main Street |
| | P.O. Box 190 |
| | Burlington, VT 05402-0190 |
| **Attorney Phone:** | 802-863-2375 |
| **Attorney Fax:** | 802-862-7512 |

## ENE Evaluator

| | |
|---|---|
| **Type:** | ENE Evaluator |
| **Party Terminated:** | TERMINATED: 08/07/2017 |
| **Attorney:** | Michael J. Marks, Esq. |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Attorney Terminated:** | TERMINATED: 08/07/2017 |
| **Firm Name:** | MarksPowers LLP |
| **Attorney Address:** | 1205 Three Mile Bridge Road |
| | Middlebury, VT 05753 |
| **Attorney Phone:** | 802-388-2211 |
| **Attorney Fax:** | 802-388-1113 |
| **Email Address:** | Michael@markspowers.com |

**DOCKET PROCEEDINGS (130)**

| Entry #: | Date: | Description: | | |
|---|---|---|---|---|
| 130 | 01/02/2020 | MAILED: Form AO 121 to Register of Copyrights (Document image is sealed). (Attachments: # 1 Stipulation and Order of Dismissal with Prejudice) (esb) (Entered: 01/02/2020) | View | Add to request |
| 129 | 01/02/2020 | STIPULATION AND ORDER OF DISMISSAL with Prejudice. Signed by Chief Judge Geoffrey W. Crawford on 1/2/2020. (esb) (Entered: 01/02/2020) | View | Add to request |
| 128 | 12/31/2019 | STIPULATION of Dismissal With Prejudice by MyWebGrocer, Inc. (Borick, Matthew) (Entered: 12/31/2019) | View | Add to request |
| 127 | 08/27/2019 | ORDER denying 91 Motion for Partial Summary Judgment; granting in part and denying in part 92 Motion for Partial Summary Judgment; denying 95 Motion for Summary Judgment. Signed by Chief Judge Geoffrey W. Crawford on 8/27/2019. (law) (Entered: 08/27/2019) | View | Add to request |
| 126 | 05/07/2019 | NOTICE OF SUPPLEMENTAL AUTHORITY by MyWebGrocer, Inc. (O'Brien, Evan) (Entered: 05/07/2019) | View | Add to request |
| 125 | 05/01/2019 | MINUTE ENTRY for proceedings held before Chief Judge Geoffrey W. Crawford: Motion Hearing held on 5/1/2019 re: 91 MOTION for Partial Summary Judgment on Liability for Copyright Infringement, 92 MOTION for Partial Summary Judgment on Damages for Copyright Infringement, 95 MOTION for Summary Judgment. C. Stadecker, Esq., E. O'Brien, Esq. & M. Borick, Esq. present with plaintiff. R. Carreon, Esq., N. Sarega, Esq. & G. Howard, Esq. present for dft. Court makes inquiries and counsel make statements. ORDERED: 91 MOTION for Partial Summary Judgment on Liability for Copyright Infringement, 92 MOTION for Partial Summary Judgment on Damages for Copyright Infringement, 95 MOTION for | Send Runner to Court | |

| | | | |
|---|---|---|---|
| | | Summary Judgment are taken under advisement. (Court Reporter: Anne Henry) (pjl) (Entered: 05/01/2019) | |
| 124 | 04/16/2019 | ORDER granting 120 MOTION to File Under Seal 119 Reply to Response to 92 MOTION for Partial Summary Judgment On Damages for Copyright Infringement. Signed by Chief Judge Geoffrey W. Crawford on 4/16/2019. (This is a text-only Order.) (jal) (Entered: 04/16/2019) | Send Runner to Court |
| 123 | 04/16/2019 | NOTICE OF DOCKET ENTRY CORRECTION re: 121 Reply to Response re: 95 MOTION for Summary Judgment filed by Adlife Marketing & Communications Co., Inc. The Index of Exhibits was uploaded along with the exhibits as a singular pdf. The documents have been broken apart and reattached to 95 as well as this entry. (Attachments: # 1 Exhibit 41, # 2 Exhibit 42) (jlh) (Entered: 04/16/2019) | View / Add to request |
| 122 | 04/16/2019 | NOTICE OF DOCKET ENTRY UPDATE re: 119 Reply to Response re: 92 MOTION for Partial Summary Judgment On Damages for Copyright Infringement filed by MyWebGrocer, Inc. The unredacted version having been received is now attached to 119 under seal. (jlh) (Entered: 04/16/2019) | Send Runner to Court |
| 121 | 04/15/2019 | REPLY to Response to 95 MOTION for Summary Judgment by Adlife Marketing & Communications Co., Inc. (Attachments: # 1 Index of Exhibits)(Higbee, Mathew) Link clarified on 4/16/2019 (law). (Attachment 1 replaced on 4/16/2019) (jlh). (Additional attachment(s) added on 4/16/2019: # 2 Exhibit 41, # 3 Exhibit 42) (jlh). (Entered: 04/15/2019) | View / Add to request |
| 120 | 04/15/2019 | ASSENTED-TO MOTION to File Under Seal 119 Reply to Response to 92 MOTION for Partial Summary Judgment On Damages for Copyright Infringement filed by | View / Add to request |

| | | | |
|---|---|---|---|
| | | MyWebGrocer, Inc. (document is sealed) (law) (Entered: 04/15/2019) | |
| 119 | 04/15/2019 | REPLY to Response (redacted) to 92 MOTION for Partial Summary Judgment On Damages for Copyright Infringement filed by MyWebGrocer, Inc.. (Borick, Matthew) (Additional attachment(s) added on 4/16/2019: # 1 Main Document (unredacted, document is sealed)) (jlh). (Entered: 04/15/2019) | View \| Add to request |
| 118 | 04/15/2019 | REPLY to Response to 91 MOTION for Partial Summary Judgment On Liability for Copyright Infringement filed by MyWebGrocer, Inc.. (Borick, Matthew) (Entered: 04/15/2019) | View \| Add to request |
| 117 | 04/12/2019 | NOTICE OF DOCKET ENTRY CORRECTION re: 93 Statement of Undisputed Facts re: 91 MOTION for Partial Summary Judgment On Liability for Copyright Infringement filed by MyWebGrocer, Inc. Exhibits 26, 27, 28 have been replaced to correct formatting with highlighting within the documents. The corrected documents are now attached to 93 as well as this entry. (Attachments: # 1 Exhibit 27, # 2 Exhibit 28) (jlh) (Entered: 04/12/2019) | View \| Add to request |
| 116 | 04/08/2019 | ORDER granting 113 MOTION for Admission Pro Hac Vice of Ryan E. Carreon. Signed by Chief Judge Geoffrey W. Crawford on 4/8/2019. (This is a text-only Order.) (jal) (Entered: 04/08/2019) | Send Runner to Court |
| 115 | 04/08/2019 | NOTICE OF DOCKET ENTRY CORRECTION re: 105 Memorandum in Opposition, 106 Memorandum in Opposition, and 107 Response filed by Adlife Marketing & Communications Co., Inc. Unredacted documents having been received are now attached to said entries under seal. (jlh) (Entered: 04/08/2019) | Send Runner to Court |
| 114 | 04/08/2019 | NOTICE OF DOCKET ENTRY CORRECTION re: 109 Response in Opposition to 95 Motion for Summary Judgment | Send Runner to Court |

| | | | | |
|---|---|---|---|---|
| | | filed by MyWebGrocer, Inc. Unredacted documents having been received are now attached to 109 under seal. (jlh) (Entered: 04/08/2019) | | |
| 113 | 04/03/2019 | MOTION for Appearance Pro Hac Vice of Ryan E. Carreon filed by Adlife Marketing & Communications Co., Inc.. (Attachments: # 1 Affidavit of Ryan E. Carreon, # 2 Certificate of Good Standing, # 3 Proposed Order)(jlh) (Entered: 04/05/2019) | View | Add to request |
| 112 | 04/03/2019 | ORDER granting 110 MOTION to Seal 109 Response in Opposition to 95 Motion for Summary Judgment. Signed by Chief Judge Geoffrey W. Crawford on 4/3/2019. (This is a text-only Order.) (jal) (Entered: 04/03/2019) | Send Runner to Court | |
| 111 | 04/03/2019 | ORDER granting 108 MOTION to Seal documents re: 105 Memorandum in Opposition re: 91 Motion for Partial Summary Judgment, 106 Memorandum in Opposition re: 92 Motion for Partial Summary Judgment, 107 Response to Statement of Undisputed Facts. Signed by Chief Judge Geoffrey W. Crawford on 4/3/2019. (This is a text-only Order.) (jal) (Entered: 04/03/2019) | Send Runner to Court | |
| 110 | 04/01/2019 | ASSENTED-TO MOTION for Leave to File Under Seal 109 Response in Opposition to 95 Motion for Summary Judgment filed by MyWebGrocer, Inc.. (Attachments: # 1 Certificate of Service) (esb) (Entered: 04/02/2019) | View | Add to request |
| 109 | 04/01/2019 | RESPONSE in Opposition to 95 MOTION for Summary Judgment filed by MyWebGrocer, Inc.. (Attachments: # 1 Statement of Disputed Material Facts, # 2 Index of Exhibits, # 3 Second Declaration of Matthew S. Borick, # 4 Exhibit 44, # 5 Exhibit 45, # 6 Exhibit 46, # 7 Exhibit 47, # 8 Exhibit 48, # 9 Exhibit 49, # 10 Exhibit 50, # 11 Exhibit 51, # 12 Exhibit 52, # 13 Exhibit 53, # 14 Exhibit 54, # 15 Second Affidavit of Jeremiah Tarrant, | View | Add to request |

|     |            |     |
| --- | ---------- | --- |
|     |            | # 16 Second Affidavit of Marc Radosevic)(Borick, Matthew) (Additional attachment(s) added on 4/8/2019: # 17 Main Document (unredacted, documnet is sealed)) (jlh). (Additional attachment(s) added on 4/8/2019: # 18 Statement of Disputed Material Facts (unredacted, document is sealed)) (jlh). (Additional attachment(s) added on 4/8/2019: # 19 Second Affidavit of Jerry Tarrant (Unredacted, document is sealed)) (jlh). (Entered: 04/01/2019) |
| 108 | 03/31/2019 | ASSENTED-TO MOTION to File Under Seal documents re: 105 Memorandum in Opposition re: 91 Motion for Partial Summary Judgment, 106 Memorandum in Opposition re: 92 Motion for Partial Summary Judgment, 107 Response to Statement of Undisputed Facts filed by Adlife Marketing & Communications Co., Inc.(Higbee, Mathew) Links added on 4/1/2019 (jlh). (Entered: 03/31/2019) [View] [Add to request] |

| | | | |
|---|---|---|---|
| 107 | 03/31/2019 | RESPONSE to Statement of Undisputed Facts re: 92 Motion for Partial Summary Judgment, 92 Motion for Partial Summary Judgment by Adlife Marketing & Communications Co., Inc. (Attachments: # 1 Evidentiary Objections, # 2 Supplemental Index of Exhibits, # 3 Exhibit 35, # 4 Exhibit 36, # 5 Exhibit 37, # 6 Exhibit 38, # 7 Exhibit 39, # 8 Exhibit 40)(Higbee, Mathew) Links corrected on 4/1/2019 (jlh). (Additional attachment(s) added on 4/8/2019: # 9 Main Document (unredacted, document is sealed)) (jlh). (Additional attachment(s) added on 4/8/2019: # 10 Exhibit 39 (unredacted, document is sealed)) (jlh). (Entered: 03/31/2019) | View  Add to request |
| 106 | 03/31/2019 | MEMORANDUM in Opposition re: 92 Motion for Partial Summary Judgment, by Adlife Marketing & Communications Co., Inc. (Higbee, Mathew) (Additional attachment(s) added on 4/8/2019: # 1 Main Document (unredacted, document is sealed)) (jlh). (Entered: 03/31/2019) | View  Add to request |
| 105 | 03/31/2019 | MEMORANDUM in Opposition re: 91 Motion for Partial Summary Judgment, by Adlife Marketing & Communications Co., Inc. (Higbee, Mathew) (Additional attachment(s) added on 4/8/2019: # 1 Main Document (unredacted, documnet is sealed)) (jlh). (Entered: 03/31/2019) | View  Add to request |
| 104 | 03/21/2019 | ORDER granting 103 MOTION to Allow Appearance of Local Counsel by Telephone at May 1, 2019 Hearing re 91 MOTION for Partial Summary Judgment On Liability for Copyright Infringement. Signed by Chief Judge Geoffrey W. Crawford on 3/21/2019. (This is a text-only Order.) (jal) (Entered: 03/21/2019) | Send Runner to Court |
| 103 | 03/20/2019 | STIPULATED MOTION to Allow Appearance of Local Counsel by Telephone at May 1, 2019 Hearing re 91 MOTION for Partial Summary Judgment On Liability for Copyright Infringement filed by Adlife Marketing & Communications Co., Inc..(Howard, Gregory) Link corrected on 3/21/2019 (jlh). (Entered: 03/20/2019) | View  Add to request |

| | | | |
|---|---|---|---|
| 102 | 03/19/2019 | NOTICE of Hearing re: 91 MOTION for Partial Summary Judgment On Liability for Copyright Infringement, 92 MOTION for Partial Summary Judgment On Damages for Copyright Infringement, 95 MOTION for Summary Judgment. Hearing set for 5/1/2019 at 1:30 PM in Rutland Courtroom before Chief Judge Geoffrey W. Crawford. (pjl) (Entered: 03/19/2019) | View  Add to request |
| 101 | 03/13/2019 | ORDER denying as moot 61 MOTION for Protective Order due to entry of 73 Amended Discovery Schedule. Signed by Chief Judge Geoffrey W. Crawford on 3/13/2019. (This is a text-only Order.) (jal) (Entered: 03/13/2019) | Send Runner to Court |
| 100 | 03/08/2019 | NOTICE OF DOCKET ENTRY CORRECTION re: 95 MOTION for Summary Judgment filed by Adlife Marketing & Communications Co., Inc. Unredacted versions of the Motion, Statement of Undisputed Facts, and Exhibit 20 having been received are now attached to 95 under seal. (jlh) (Entered: 03/08/2019) | Send Runner to Court |
| 99 | 03/05/2019 | ORDER granting 94 MOTION to Seal 92 MOTION for Partial Summary Judgment On Damages for Copyright Infringement, 91 MOTION for Partial Summary Judgment On Liability for Copyright Infringement, and Exhibits 1, 13, 14 and 18 to 93 Statement of Undisputed Facts. Signed by Chief Judge Geoffrey W. Crawford on 3/5/2019. (This is a text-only Order.) (jal) (Entered: 03/05/2019) | Send Runner to Court |
| 98 | 03/05/2019 | ORDER granting 96 MOTION to Seal 95 MOTION for Summary Judgment. Signed by Chief Judge Geoffrey W. Crawford on 3/5/2019. (This is a text-only Order.) (jal) (Entered: 03/05/2019) | Send Runner to Court |
| 97 | 03/04/2019 | NOTICE OF DOCKET ENTRY UPDATE. Documents having been received are now attached under seal: Main document to: 91 MOTION for Partial Summary Judgment On Liability for Copyright Infringement ; Main document to 92 MOTION for Partial Summary Judgment On Damages for Copyright Infringement ; Main document and Exhibits 1, 13, 14, and 18 to 93 Statement | Send Runner to Court |

| | | | | |
|---|---|---|---|---|
| | | of Undisputed Facts filed by MyWebGrocer, Inc. (jlh) (Entered: 03/04/2019) | | |
| 96 | 03/02/2019 | MOTION to File Under Seal 95 MOTION for Summary Judgment filed by Adlife Marketing & Communications Co., Inc..(Higbee, Mathew) (Entered: 03/02/2019) | View | Add to request |
| 95 | 03/01/2019 | MOTION for Summary Judgment (Redacted) filed by Adlife Marketing & Communications Co., Inc.. (Attachments: # 1 Statement of Undisputed Facts (Redacted), # 2 Index of Exhibits, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20 (Redacted), # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31, # 34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34)(Higbee, Mathew) (Additional attachment(s) added on 3/8/2019: # 37 Main Document (Unredacted, Image is sealed), # 38 Statement of Undisputed Facts (Unredacted, Image is sealed), # 39 Exhibit 20 (Unredacted, Image is sealed)) (jlh) (Entered: 03/02/2019) | View | Add to request |
| 94 | 03/01/2019 | ASSENTED-TO MOTION to File Under Seal 92 MOTION for Partial Summary Judgment On Damages for Copyright Infringement, 91 MOTION for Partial Summary Judgment On Liability for Copyright Infringement, and Exhibits 1, 13, 14 and 18 to 93 Statement of Undisputed Facts filed by MyWebGrocer, Inc. (law) . (Entered: 03/01/2019) | View | Add to request |
| 93 | 03/01/2019 | STATEMENT OF UNDISPUTED FACTS by MyWebGrocer, Inc. re: 91 MOTION for Partial Summary Judgment On Liability for Copyright Infringement, 92 MOTION for Partial Summary Judgment On Damages for Copyright Infringement (Attachments: # 1 Index of Exhibits, # 2 Declaration of Matthew S. Borick, # 3 Exhibit 1 | View | Add to request |

(redacted), # 4 Exhibit 2, # 5 Exhibit
3, # 6 Exhibit 4, # 7 Exhibit 5, # 8
Exhibit 6, # 9 Exhibit 7, # 10 Exhibit
8, # 11 Exhibit 9, # 12 Exhibit 10, #
13 Exhibit 11, # 14 Exhibit 12, # 15
Exhibit 13 (redacted), # 16 Exhibit
14 (redacted), # 17 Exhibit 15, #
18 Exhibit 16, # 19 Exhibit 17, # 20
Exhibit 18 (redacted), # 21 Exhibit
19, # 22 Exhibit 20, # 23 Exhibit
21, # 24 Exhibit 22, # 25 Exhibit
23, # 26 Exhibit 24, # 27 Exhibit
25, # 28 Exhibit 26, # 29 Exhibit
27, # 30 Exhibit 28, # 31 Exhibit
29, # 32 Exhibit 30, # 33 Exhibit
31, # 34 Exhibit 32, # 35 Exhibit
33, # 36 Exhibit 34, # 37 Exhibit
35, # 38 Exhibit 36, # 39 Exhibit
37, # 40 Exhibit 38, # 41 Exhibit
39, # 42 Exhibit 40, # 43 Exhibit
41, # 44 Exhibit 42, # 45 Exhibit
43, # 46 Affidavit of Allison Berger,
# 47 Affidavit of David Ciolfi, # 48
Affidavit of Marc Radosevic, # 49
Affidavit of Michael Rothwell, #
50 Affidavit of Jeremiah Tarrant,
# 51 Affidavit of Robert Tegge)
(Borick, Matthew) (Additional
attachment(s) added on 3/4/2019:
# 52 Main Document (Unredacted,
Image is sealed), # 53 Exhibit 1 to
Declaration of Matthew S. Borick
(Unredacted, Image is sealed),
# 54 Exhibit 13 to Declaration of
Matthew S. Borick (Unredacted,
Image is sealed), # 55 Exhibit 14 to
Declaration of Matthew S. Borick
(Unredacted, Image is sealed),
# 56 Exhibit 18 to Declaration of
Matthew S. Borick (Unredacted,
Image is sealed)) (jlh) (Attachment
28 replaced on 4/12/2019) (jlh).
(Attachment 29 replaced on
4/12/2019) (jlh). (Attachment
30 replaced on 4/12/2019) (jlh).
(Entered: 03/01/2019)

| | | | | |
|---|---|---|---|---|
| 92 | 03/01/2019 | MOTION (redacted) for Partial Summary Judgment On Damages for Copyright Infringement filed by MyWebGrocer, Inc. (Borick, Matthew) Event/text clarified on 3/1/2019 (law). (Additional attachment(s) added on 3/4/2019: # 1 Main Document (Unredacted, Image is sealed)) (jlh). (Entered: 03/01/2019) | View | Add to request |
| 91 | 03/01/2019 | MOTION (redacted) for Partial Summary Judgment On Liability | View | Add to request |

|    |            | for Copyright Infringement filed by MyWebGrocer, Inc..(Borick, Matthew) Event/text clarified on 3/1/2019 (law). (Additional attachment(s) added on 3/4/2019: # 1 Main Document (Unredacted, Image is sealed)) (jlh). (Entered: 03/01/2019) |  |  |
|----|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|-----------------|
| 90 | 02/26/2019 | NOTICE OF APPEARANCE by Evan J. O'Brien, Esq on behalf of MyWebGrocer, Inc..(O'Brien, Evan) (Entered: 02/26/2019) | View | Add to request |
| 89 | 02/04/2019 | DECISION denying 64 Motion for Partial Judgment on the Pleadings. Signed by Chief Judge Geoffrey W. Crawford on 2/4/2019. (esb) (Entered: 02/04/2019) | View | Add to request |
| 88 | 12/11/2018 | ORDER: Pursuant to the hearing held on 10/29/2018, counsel are to file dispositive motions by 3/1/2019. (This is a text-only Order.) Signed by Chief Judge Geoffrey W. Crawford on 12/11/2018. (pjl) (Entered: 12/11/2018) | Send Runner to Court |  |
| 87 | 11/30/2018 | DISCOVERY CERTIFICATE re: Responses and Supplemental Objections to Defendant's Requests for Admission (Set Two) and Interrogatories (Set Two) by MyWebGrocer, Inc..(Borick, Matthew) (Entered: 11/30/2018) | View | Add to request |
| 86 | 10/29/2018 | MINUTE ENTRY for proceedings held before Chief Judge Geoffrey W. Crawford: Settlement Conference held on 10/29/2018. C. Stadecker, Esq. & M. Borick, Esq. present for pltf. M. Higbee, Esq. & G. Howard, Esq. present by telephone for dft. Court makes inquiries and counsel make statements re: status of settlement negotiations. After statements by counsel, court inquires about possible trial. Counsel report they will be filing dispositive motions in the near future. (Court Reporter: Anne Henry) (pjl) (Entered: 10/29/2018) | Send Runner to Court |  |
| 85 | 10/23/2018 | NOTICE OF DOCKET ENTRY CORRECTION re: 81 Reply to Response to Motion filed by Adlife Marketing & Communications Co., Inc. The Declaration and its exhibits were uploaded as a single PDF. The document has been broken apart and reattached to the entry. The documents are now separately attached to 81 as well as | View | Add to request |

|   |   | this entry. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (jlh) (Entered: 10/23/2018) |   |   |
|---|---|---|---|---|
| 84 | 10/16/2018 | REVISED NOTICE of Hearing: Settlement Conference set for 10/29/2018 1:30 PM in Rutland Courtroom before Chief Judge Geoffrey W. Crawford. (Change to hearing type only.) (pjl) (Entered: 10/16/2018) | View | Add to request |
| 83 | 10/16/2018 | NOTICE of Hearing: Scheduling Conference set for 10/29/2018 at 1:30 PM in Rutland Courtroom before Chief Judge Geoffrey W. Crawford. (pjl) (Entered: 10/16/2018) | View | Add to request |
| 82 | 10/12/2018 | ORDER granting 78 MOTION to Extend deadline of Non-Expert Depositions. Deadline extended to November 14, 2018. Signed by Chief Judge Geoffrey W. Crawford on 10/12/2018. (This is a text-only Order.) (jal) (Entered: 10/12/2018) | Send Runner to Court |   |
| 81 | 10/11/2018 | REPLY to Response to 78 EMERGENCY MOTION for Extension of Time for Non-Expert Deposition filed by Adlife Marketing & Communications Co., Inc.. (Attachments: # 1 Declaration of Ryan E. Carreon) (Higbee, Mathew) (Attachment 1 replaced on 10/23/2018) (jlh). (Additional attachment(s) added on 10/23/2018: # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F) (jlh). (Entered: 10/11/2018) | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 80 | 10/10/2018 | RESPONSE in Opposition re 78 EMERGENCY MOTION for Extension of Time for Non-Expert Deposition filed by MyWebGrocer, Inc.. (Attachments: # 1 Declaration of Matthew S. Borick)(Borick, Matthew) (Entered: 10/10/2018) | View | Add to request |
| 79 | 10/09/2018 | ORDER granting 54 Motion to Compel Response to Interrogatories and Requests to Admit; granting in part and denying in part 62 Expedited Motion for Protective Order Regarding Rule 30(b)(6) Notice. Signed by Chief Judge Geoffrey W. Crawford on 10/9/2018. (esb) (Entered: 10/10/2018) | View | Add to request |
| 78 | 10/09/2018 | EMERGENCY MOTION for Extension of Time for Non-Expert Deposition filed by Adlife Marketing & Communications Co., Inc. (Attachments: # 1 Declaration of Naomi M. Sarega)(Higbee, Mathew) (Entered: 10/09/2018) | View | Add to request |
| 77 | 09/27/2018 | DISCOVERY CERTIFICATE - Responses to Defendants Amended Requests for Production (Set Two), its First Supplement and Amendment to Responses to Defendants Requests for Admission (Set One), and documents MWG-00461 to MWG-00671 by MyWebGrocer, Inc..(Borick, Matthew) Text clarified on 9/28/2018 (jlh). (Entered: 09/27/2018) | View | Add to request |
| 76 | 09/13/2018 | REPLY to Response re 64 MOTION for Partial Judgment on the Pleadings by Adlife Marketing & Communications Co., Inc. (Higbee, Mathew) Link clarified on 9/14/2018 (law). (Entered: 09/13/2018) | View | Add to request |
| 75 | 08/29/2018 | RESPONSE in Opposition to 64 MOTION for Partial Judgment on the Pleadings filed by MyWebGrocer, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Borick, Matthew) (Entered: 08/29/2018) | View | Add to request |
| 74 | 08/29/2018 | DISCOVERY CERTIFICATE - Request to Produce (Third Set) by MyWebGrocer, Inc..(Borick, Matthew) (Entered: 08/29/2018) | View | Add to request |
| 73 | 08/14/2018 | STIPULATED AMENDED DISCOVERY SCHEDULE/ORDER Discovery due by 1/18/2019. Motions due by 3/15/2019. Ready for Trial by 4/15/2019. Signed by Chief Judge Geoffrey W. Crawford | View | Add to request |

| | | | |
|---|---|---|---|
| | | on 8/14/2018. (esb) (Entered: 08/14/2018) | |
| 72 | 08/13/2018 | PROPOSED Amendments to Stipulated Discovery Schedule/ Order by MyWebGrocer, Inc.. (Borick, Matthew) Text clarified on 8/14/2018 (law). (Entered: 08/13/2018) | View · Add to request |
| 71 | 08/07/2018 | MINUTE ENTRY for proceedings held before Chief Judge Geoffrey W. Crawford: Telephone Conference held on 8/7/2018. Court makes inquiries and counsel make statements re: 62 Expedited Motion for Protective Order Regarding Rule 30(b)(6) Notice. ORDERED: Request for Production of documents deadline extended to the end of August, 2018 and the 30(b)(6) depositions are due 10/15/2018. Status of mediation process also discussed. (Court Reporter: O'Brien Reporting Services Inc.) (esb) (Entered: 08/07/2018) | Send Runner to Court |
| 70 | 08/07/2018 | NOTICE OF DOCKET ENTRY CORRECTION re: 68 Notice of Hearing. The document image has been replaced to correct the date of hearing. The corrected document is now attached to 68 as well as this entry. (jlh) (Entered: 08/07/2018) | View · Add to request |
| 69 | 08/07/2018 | REPLY to Response to 62 EXPEDITED MOTION for Protective Order Regarding Rule 30(b)(6) Notice filed by MyWebGrocer, Inc.. (Borick, Matthew) (Entered: 08/07/2018) | View · Add to request |
| 68 | 08/06/2018 | NOTICE of Hearing: Telephone Conference re: 62 Expedited Motion for Protective Order Regarding Rule 30(b)(6) Notice set for 8/7/2018 at 02:30 PM in Rutland Courtroom before Chief Judge Geoffrey W. Crawford. (esb) (Main Document 68 replaced on 8/7/2018) (jlh). (Entered: 08/06/2018) | View · Add to request |
| 67 | 08/06/2018 | DECLARATION of Ryan E. Carreon re 62 EXPEDITED MOTION for Protective Order Regarding Rule 30(b)(6) Notice filed by Adlife Marketing & Communications Co., Inc.. (Attachments: # 1 Exhibit A)(Howard, Gregory) Modified on 8/7/2018 (jlh). (Entered: 08/06/2018) | View · Add to request |
| 66 | 08/06/2018 | RESPONSE in Opposition re 62 EXPEDITED MOTION for | View · Add to request |

|    |            | Protective Order Regarding Rule 30(b)(6) Notice filed by Adlife Marketing & Communications Co., Inc.. (Howard, Gregory) (Entered: 08/06/2018) |              |                |
|----|------------|---------------------------------------|--------------|----------------|
| 65 | 07/31/2018 | MEMORANDUM in Support re: 64 MOTION for Partial Judgment on the Pleadings filed by Adlife Marketing & Communications Co., Inc. (Howard, Gregory) (Entered: 07/31/2018) | View | Add to request |
| 64 | 07/31/2018 | MOTION for Partial Judgment on the Pleadings filed by Adlife Marketing & Communications Co., Inc.(Howard, Gregory) (Entered: 07/31/2018) | View | Add to request |
| 63 | 07/27/2018 | DISCOVERY CERTIFICATE - Notice of Deposition of Jeremy Howard by MyWebGrocer, Inc.. (Borick, Matthew) (Entered: 07/27/2018) | View | Add to request |
| 62 | 07/27/2018 | EXPEDITED MOTION for Protective Order Regarding Rule 30(b)(6) Notice filed by MyWebGrocer, Inc.. (Attachments: # 1 Attachment 1, # 2 Affidavit of Matthew S. Borick, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C) (Borick, Matthew) Text clarified on 7/30/2018 (jlh). (Entered: 07/27/2018) | View | Add to request |
| 61 | 07/24/2018 | CROSS MOTION for Protective Order Regarding (1) Adlife's Second Sets of Written Discovery Requests and (2) Document Requests in Adlife's 30(b)(6) Notice filed by MyWebGrocer, Inc.. (Attachments: # 1 Affidavit of Matthew S. Borick, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D , # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K)(Borick, Matthew) Same images as 60 (Entered: 07/24/2018) | View | Add to request |
| 60 | 07/24/2018 | RESPONSE in Opposition re 54 MOTION to Compel Response to Interrogatories and Requests to Admit filed by MyWebGrocer, Inc. (Attachments: # 1 Affidavit of Matthew S. Borick, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K)(Borick, Matthew) Link removed on 7/25/2018 (jlh) Same images as 61 (Entered: 07/24/2018) | View | Add to request |

| 59 | 07/17/2018 | DISCOVERY CERTIFICATE re: Objections to Defendant's Notice of Rule 30(b)(6) Deposition by MyWebGrocer, Inc..(Borick, Matthew) (Entered: 07/17/2018) | View | Add to request |
| 58 | 07/17/2018 | DISCOVERY CERTIFICATE - Response to Request for Admissions (Objections to Second Set) by MyWebGrocer, Inc..(Borick, Matthew) (Entered: 07/17/2018) | View | Add to request |
| 57 | 07/17/2018 | DISCOVERY CERTIFICATE - Answer to Interrogatories and Requests to Produce (Objections to Second Sets) by MyWebGrocer, Inc..(Borick, Matthew) (Entered: 07/17/2018) | View | Add to request |
| 56 | 07/17/2018 | DISCOVERY CERTIFICATE - First Supplemental and Amendment to Responses to Special Interrogatories and Requests to Produce, and documents MWG-00435 through MWG-00460 by MyWebGrocer, Inc. (Borick, Matthew) Text clarified on 7/19/2018 (jlh). (Entered: 07/17/2018) | View | Add to request |
| 55 | 07/16/2018 | MEMORANDUM in Support re: 54 MOTION to Compel Response to Interrogatories and Requests to Admit filed by Adlife Marketing & Communications Co., Inc. (Attachments: # 1 Declaration of Mathew K. Higbee)(Higbee, Mathew) Modified on 7/18/2018 (jlh) (Entered: 07/16/2018) | View | Add to request |
| 54 | 07/16/2018 | MOTION to Compel Response to Interrogatories and Requests to Admit by Adlife Marketing & Communications Co., Inc. (Higbee, Mathew) Event/Text clarified on 7/18/2018 (jlh). (Entered: 07/16/2018) | View | Add to request |
| 53 | 04/18/2018 | ORDER granting Amendments to Stipulated Discovery Schedule/Order. Discovery due by 11/2/2018. Motions due by 12/17/2018. Ready for Trial by 2/15/2019. Signed by Chief Judge Geoffrey W. Crawford on 4/18/2018. (law) (Entered: 04/18/2018) | View | Add to request |
| 52 | 04/17/2018 | PROPOSED Amendments to Stipulated Discovery Schedule/Order by MyWebGrocer, Inc. (Borick, Matthew) (Entered: 04/17/2018) | View | Add to request |
| 51 | 04/13/2018 | DISCOVERY CERTIFICATE - Notice of Deposition of Douglas Fleurant by MyWebGrocer, Inc.. | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | (Borick, Matthew) (Entered: 04/13/2018) | | |
| 50 | 04/13/2018 | DISCOVERY CERTIFICATE - Notice of Deposition of Sharon Ferretti by MyWebGrocer, Inc.. (Borick, Matthew) (Entered: 04/13/2018) | View | Add to request |
| 49 | 04/13/2018 | DISCOVERY CERTIFICATE - Notice of Deposition of Joel Albrizio by MyWebGrocer, Inc..(Borick, Matthew) (Entered: 04/13/2018) | View | Add to request |
| 48 | 02/14/2018 | ANSWER to 47 Amended Counterclaim by MyWebGrocer, Inc..(Borick, Matthew) (Entered: 02/14/2018) | View | Add to request |
| 47 | 01/31/2018 | FIRST AMENDED ANSWER to 10 Amended Complaint and AMENDED COUNTERCLAIM against MyWebGrocer, Inc. filed by Adlife Marketing & Communications Co., Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D1, # 5 Exhibit D2, # 6 Exhibit D3, # 7 Exhibit D4, # 8 Exhibit D5)(Higbee, Mathew) (Entered: 01/31/2018) | View | Add to request |
| 46 | 01/30/2018 | DECISION denying 34 MOTION to Strike 10 First Amended Complaint for Declaratory Judgment and Violation of Consumer Protection Act and Request for an Award of Attorneys' Fees and Costs; granting 41 MOTION to Extend Deadline to File Motions for Joinder of Parties and Amendments to Pleadings; granting 44 MOTION to Amend 12 Answer to 10 First Amended Complaint for Declaratory Judgment and Violation of Consumer Protection Act, Counterclaim. Signed by Chief Judge Geoffrey W. Crawford on 1/30/2018. (esb) (Entered: 01/30/2018) | View | Add to request |
| 45 | 12/30/2017 | DISCOVERY CERTIFICATE - Interrogatories and Request to Produce (Second) by MyWebGrocer, Inc..(Borick, Matthew) (Entered: 12/30/2017) | View | Add to request |
| 44 | 11/21/2017 | MOTION to amend 12 Answer to Amended Complaint, Counterclaim filed by Adlife Marketing & Communications Co., Inc.. (Attachments: # 1 Memorandum in Support, # 2 Appendix A - Redlined Answer & Counterclaim, # 3 Appendix B - Clean Amended Answer & Amended Counterclaim) | View | Add to request |

| | | (Higbee, Mathew) (Entered: 11/21/2017) | | |
|---|---|---|---|---|
| 43 | 11/20/2017 | REPLY to Response to 41 MOTION to Modify the Discovery Schedule/ Order filed by Adlife Marketing & Communications Co., Inc.. (Attachments: # 1 Declaration of Mathew K. Higbee ISO, # 2 Declaration of Naomi M. Sarega ISO)(Higbee, Mathew) (Entered: 11/20/2017) | View | Add to request |
| 42 | 11/17/2017 | RESPONSE in Opposition re 41 MOTION to Modify the Discovery Schedule/Order filed by MyWebGrocer, Inc. (Attachments: # 1 Declaration of Cathleen Stadecker, Esq., # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H ) (Borick, Matthew) Attachment names clarified on 11/21/2017 (jlh). (Entered: 11/17/2017) | View | Add to request |
| 41 | 11/14/2017 | MOTION to Extend the Discovery Schedule/Order filed by Adlife Marketing & Communications Co., Inc. (Attachments: # 1 Proposed Order)(Higbee, Mathew) Text clarified on 11/15/2017 (law). (Entered: 11/14/2017) | View | Add to request |
| 40 | 10/26/2017 | CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER. Signed by Judge Geoffrey W. Crawford on 10/26/2017. (esb) (Entered: 10/26/2017) | View | Add to request |
| 39 | 10/25/2017 | STIPULATION for Confidentiality/ Protective Order by MyWebGrocer, Inc. (Attachments: # 1 Certificate of Service)(Borick, Matthew) (Entered: 10/25/2017) | View | Add to request |
| 38 | 09/15/2017 | REPLY to Response to 34 MOTION to Strike 10 Amended Complaint and Request for an Award of Attorneys' Fees and Costs filed by Adlife Marketing & Communications Co., Inc.. (Howard, Gregory) (Entered: 09/15/2017) | View | Add to request |
| 37 | 08/31/2017 | RESPONSE in Opposition re 34 MOTION to Strike 10 Amended Complaint and Request for an Award of Attorneys' Fees and Costs filed by MyWebGrocer, Inc.. (Borick, Matthew) Text clarified on 8/31/2017 (jlh). (Entered: 08/31/2017) | View | Add to request |
| 36 | 08/31/2017 | NOTICE OF APPEARANCE by Matthew S. Borick, Esq on behalf | View | Add to request |

| 35 | 08/23/2017 | of MyWebGrocer, Inc..(Borick, Matthew) (Entered: 08/31/2017) | | |
| | | NOTICE OF DOCKET ENTRY CORRECTION re: 34 MOTION to Strike 10 Amended Complaint filed by Adlife Marketing & Communications Co., Inc. The Declaration of Joel Albrizio was combined with that of Exhibit A. The images have been broken apart and replaced on the docket. The images are now separately attached to 10 and this entry. (Attachments: # 1 Exhibit A) (law) (Entered: 08/23/2017) | View | Add to request |
| 34 | 08/22/2017 | MOTION to Strike 10 Amended Complaint and Request for an Award of Attorneys' Fees and Costs filed by Adlife Marketing & Communications Co., Inc. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Joel Albrizio)(Howard, Gregory) Text clarified on 8/22/2017 (law). (Attachment 2 replaced and Additional attachment(s) added on 8/23/2017: # 3 Exhibit A) (law) (Entered: 08/22/2017) | View | Add to request |

| | | | | |
|---|---|---|---|---|
| 33 | 08/07/2017 | REPORT of Early Neutral Evaluator. (Attachments: # 1 Certificate of Service)(Marks, Michael) (Entered: 08/07/2017) | View | Add to request |
| 32 | 08/04/2017 | ENE LETTER to counsel re: date certain for ENE session due by 8/11/2017. (hbc) (Entered: 08/04/2017) | View | Add to request |
| 31 | 07/25/2017 | DISCOVERY CERTIFICATE - Answer to Interrogatories and Requests to Produce and Requests for Admission by MyWebGrocer, Inc..(Stadecker, Cathleen) (Entered: 07/25/2017) | View | Add to request |
| 30 | 06/28/2017 | DISCOVERY CERTIFICATE re: Plaintiff's First Set of Interrogatories and Requests to Produce to Defendant/Counterclaim Plaintiff by MyWebGrocer, Inc..(Stadecker, Cathleen) (Entered: 06/28/2017) | | |
| 29 | 06/22/2017 | ORDER granting 28 MOTION for Admission Pro Hac Vice of Naomi M. Sarega. Signed by Judge Geoffrey W. Crawford on 6/22/2017. (This is a text-only Order.) (jal) (Entered: 06/22/2017) | Send Runner to Court | |
| 28 | 06/21/2017 | MOTION for Appearance Pro Hac Vice of Naomi M. Sarega filed by Adlife Marketing & Communications Co., Inc. (Attachments: # 1 Affidavit of Naomi M. Sarega (Non-original), # 2 Certificate of Good Standing, # 3 Text of Proposed Order, # 4 Certificate of Service)(jlh) (Entered: 06/21/2017) | View | Add to request |
| 27 | 06/15/2017 | ORDER granting 21 MOTION to Modify the Discovery Schedule/Order All deadlines from the original 17 Order are extended for sixty (60) days. Signed by Judge Geoffrey W. Crawford on 6/14/2017. (esb) (Entered: 06/15/2017) | View | Add to request |
| 26 | 06/05/2017 | ORDER granting 24 MOTION for Admission Pro Hac Vice of Mathew K. Higbee; granting 25 MOTION to Withdraw as Attorneys., Jack W. Pirozzolo and Kenyon D. Colli. Signed by Judge Geoffrey W. Crawford on 6/5/2017. (This is a text-only Order.) (jal) (Entered: 06/05/2017) | Send Runner to Court | |
| 25 | 06/05/2017 | MOTION to Withdraw as Attorney filed by Adlife Marketing & Communications Co., Inc.. (Attachments: # 1 Affidavit of Gregory P. Howard)(Howard, Gregory) (Entered: 06/05/2017) | View | Add to request |

| | | | |
|---|---|---|---|
| 24 | 06/01/2017 | MOTION for Appearance Pro Hac Vice of Mathew K. Higbee filed by Adlife Marketing & Communications Co., Inc.. (Attachments: # 1 Affidavit of Mathew K. Higbee, # 2 Certificate of Good Standing, # 3 Text of Proposed Order, # 4 Certificate of Service)(jlh) (Entered: 06/02/2017) | View   Add to request |
| 23 | 05/25/2017 | ORDER denying 22 MOTION to Withdraw as Attorney. Defendant shall retain substitute counsel within thirty (30) days. Court will allow withdrawal after notice of appearance is filed by new counsel. Signed by Judge Geoffrey W. Crawford on 5/25/2017. (This is a text-only Order.) (jal) (Entered: 05/25/2017) | Send Runner to Court |
| 22 | 05/23/2017 | MOTION to Withdraw as Attorney filed by Adlife Marketing & Communications Co., Inc.. (Attachments: # 1 Affidavit of Gregory Howard)(Howard, Gregory) (Entered: 05/23/2017) | View   Add to request |
| 21 | 05/23/2017 | MOTION to Modify the Discovery Schedule/Order filed by Adlife Marketing & Communications Co., Inc.. (Attachments: # 1 Text of Proposed Order, # 2 Certification Under LR 7(a)(7))(Howard, Gregory) Attachment name clarified on 5/24/2017 (jlh). (Entered: 05/23/2017) | View   Add to request |
| 20 | 04/20/2017 | ENTRY ORDER denying 19 MOTION to Excuse Attendance at ENE Session and Appear by Telephone. Signed by Judge Geoffrey W. Crawford on 4/20/2017. (pjl) (Entered: 04/20/2017) | View   Add to request |
| 19 | 04/19/2017 | MOTION to Excuse Attendance at ENE Session and Appear by Telephone filed by Adlife Marketing & Communications Co., Inc.. (Attachments: # 1 Affidavit of Gregory Howard, # 2 Text of Proposed Order, # 3 Certification Under Local Rule 7(a)(Howard, Gregory) Text clarified on 4/19/2017 (jlh). Attachment names clarified on 5/24/2017 (jlh). (Entered: 04/19/2017) | View   Add to request |
| 18 | 03/30/2017 | ANSWER to 12 Counterclaim by MyWebGrocer, Inc..(Stadecker, Cathleen) (Entered: 03/30/2017) | View   Add to request |
| 17 | 03/22/2017 | STIPULATED DISCOVERY SCHEDULE/ORDER Discovery due by 11/30/2017. Motions due by | View   Add to request |

|    |            |                                                                                                                                                                                                                                                        |                        |
|----|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------------|
|    |            | 1/31/2018. Early Neutral Evaluation set for 5/12/2017 at 10:00 AM. Ready for Trial by 3/30/2018. Signed by Judge Geoffrey W. Crawford on 3/22/2017. (esb) (Entered: 03/23/2017)                                                                         |                        |
| 16 | 03/22/2017 | PROPOSED Stipulated Discovery Schedule/Order by MyWebGrocer, Inc..(Stadecker, Cathleen) (Entered: 03/22/2017)                                                                                                                                           | View / Add to request  |
| 15 | 03/17/2017 | ORDER granting 13 and 14 MOTIONS for Admission Pro Hac Vice for Jack W. Pirozzolo and Kenyon D. Colli. Signed by Judge Geoffrey W. Crawford on 3/17/2017. (This is a text-only Order.) (jal) (Entered: 03/17/2017)                                       | Send Runner to Court   |
| 14 | 03/10/2017 | MOTION for Appearance Pro Hac Vice of Kenyon D. Colli filed by Adlife Marketing & Communications Co., Inc. (Attachments: # 1 Affidavit of Kenyon D. Colli, # 2 Certificate of Good Standing, # 3 Certificate of Service, # 4 Text of Proposed Order)(jlh) (Entered: 03/16/2017) | View / Add to request  |
| 13 | 03/10/2017 | MOTION for Appearance Pro Hac Vice of Jack W. Pirozzolo filed by Adlife Marketing & Communications Co., Inc. (Attachments: # 1 Affidavit of Jack W. Pirozzolo, # 2 Certificate of Good Standing, # 3 Certificate of Service, # 4 Text of Proposed Order)(jlh) (Entered: 03/13/2017) | View / Add to request  |
| 12 | 03/09/2017 | ANSWER to 10 Amended Complaint, COUNTERCLAIM against MyWebGrocer, Inc. filed by Adlife Marketing & Communications Co., Inc.(Howard, Gregory) Text clarified on 3/10/2017 (jlh). (Entered: 03/09/2017)                                                    | View / Add to request  |
| 11 | 02/23/2017 | ENE Evaluator Michael J. Marks, Esq. assigned. (hbc) (Entered: 02/23/2017)                                                                                                                                                                              | View / Add to request  |
| 10 | 02/23/2017 | FIRST AMENDED COMPLAINT for Declaratory Judgment and Violation of Consumer Protection Act against Adlife Marketing & Communications Co., Inc. filed by MyWebGrocer, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(law) (Entered: 02/23/2017) | View / Add to request  |
| 9  | 02/23/2017 | ANSWER to 5 Counterclaim by MyWebGrocer, Inc..(Stadecker, Cathleen) (Entered: 02/23/2017)                                                                                                                                                               | View / Add to request  |
| 8  | 02/23/2017 | ENE By Stipulation re: Evaluator Selection by all parties.(Stadecker, Cathleen) (Entered: 02/23/2017)                                                                                                                                                   | View / Add to request  |

| 7 | 02/07/2017 | ENE LETTER re: Potential Evaluators sent; responses due by 2/24/2017. (hbc) (Entered: 02/07/2017) | View | Add to request |
| 6 | 02/06/2017 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 7.1(a) by Adlife Marketing & Communications Co., Inc. (Howard, Gregory) (Entered: 02/06/2017) | View | Add to request |
| 5 | 02/06/2017 | ANSWER to Complaint, COUNTERCLAIM against MyWebGrocer, Inc. filed by Adlife Marketing & Communications Co., Inc. (Howard, Gregory) Text clarified on 2/14/2017 (jlh). (Entered: 02/06/2017) | View | Add to request |
| 4 | 02/03/2017 | WAIVER OF SERVICE Returned Executed: Adlife Marketing & Communications Co., Inc. waiver sent on 12/7/2016, answer due 2/6/2017.(Stadecker, Cathleen) (Entered: 02/03/2017) | View | Add to request |
| 3 | 11/21/2016 | MAILED: Form AO 121 to Register of Copyrights (Document image is sealed). (esb) (Entered: 11/21/2016) | View | Add to request |
| 2 | 11/18/2016 | CORPORATE DISCLOSURE STATEMENT pursuant to Local Rule 7.1(a) by MyWebGrocer, Inc. (esb) (Entered: 11/18/2016) | View | Add to request |
| 1 | 11/18/2016 | COMPLAINT against Adlife Marketing & Communications Co., Inc. filed by MyWebGrocer, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Civil Cover Sheet) (esb) (Entered: 11/18/2016) | View | Add to request |

TO ORDER COPIES OF ANY DOCUMENTS LISTED
ABOVE, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)