# STATEMENT

CASE #: 332-75
DATE: 06/04/2020

## Liebowitz Law Firm, PLLC

11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Phone: 516-233-1660
Fax: 516-612-2740
www.LiebowitzLawFirm.com

**To:** Joel Albrizio
38 Church Street
Pawtucket RI 02860

| Date | Description | Amount |
|---|---|---|
| 6/4/2020 | Settlement Payment from YODER'S COUNTRY MARKET | ▮ |
| 3/5/2020 | U.S District Court Filing Fee | <$400.00> |
| 4/15/2020 | Service of Process | <$60.00> |
|  | Net Proceeds | ▮ |
|  | Client's Settlement Portion Per Agreement ▮ | ▮ |
|  | Liebowitz Law Firm, PLLC s Settlement Portion per Agreement ▮ | ▮ |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVNIA

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC.<br><br>Plaintiff,<br><br>v.<br><br>YODER'S MEATS, INC.<br><br>Defendant. | Case No.: 5:20-cv-1313-JFL |

**RESPONSE TO ORDER TO SHOW CAUSE**

Defendant was served with the Complaint on April 15, 2020. The parties have settled the case and Plaintiff has filed a notice of voluntary dismissal.

/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: June 19, 2020

*Attorneys for Plaintiff Adlife Marketing & Communications Company, Inc.*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.20-1313

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* YODER'S Meats inc
was received by me on *(date)* 4-14-2020 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* John YODER OWNER , who is
designated by law to accept service of process on behalf of *(name of organization)* YODER'S Meat
inc on *(date)* 4-15-2020 ; or 10:50 A

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 4-16-2020

_Richard K__
Server's signature

Richard Keatzen / Process Servia
Printed name and title

ASSOCIATED SERVICES
P O BOX 5437
HARRISBURG PA 17110

Additional information regarding attempted service, etc: