# Exhibit 12

TO ORDER COPIES OF ANY DOCUMENTS LISTED
BELOW, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

## This docket is current through 02/24/2021

**Current Date:** 3/11/2021
**Source:** U.S. District Court, Middle District of Pennsylvania (Harrisburg)

| | |
|---|---|
| **Court:** | U.S. District Court, Middle District of Pennsylvania (Harrisburg) |
| **Case Title:** | Adlife Marketing & Communications Company, INC v. Musser's, INC |
| **Case:** | 1:19-CV-01828 |
| **Judge:** | Chief Judge John E. Jones, III |
| **Date Filed:** | 10/21/2019 |
| **Date Closed/Terminated:** | 10/26/2020 |
| **Case Status:** | CLOSED, COPYRIGHT, HBG, STANDARD |

### SYNOPSIS INFORMATION

| | |
|---|---|
| **Allegations:** | Defendant committed copyright infringement against plaintiff by using the plaintiff's copyrighted photographs of food on its weekly advertisements for their food products without authorization. |
| **Damages:** | Actual or $150,000 in statutory damages, accounting, interest, expenses, fees and costs. |
| **COMPLAINT (MANUALLY RETRIEVED)** | Original Image of this Document (PDF) |

### CASE INFORMATION

| | |
|---|---|
| **Case Number:** | 1:19CV01828 |
| **Jury Demand:** | Both |
| **Nature of Suit:** | Property Rights: Copyrights (820) |
| **Key Nature of Suit:** | Intellectual Property; Copyright (260.05) |
| **Jurisdiction:** | Federal Question |
| **Cause:** | 17 USC 101 Copyright Infringement |

### PARTICIPANT INFORMATION

## Adlife Marketing & Communications Company, INC

| | |
|---|---|
| **Type:** | Plaintiff |
| **Attorney:** | Richard P. Liebowitz |
| **Status:** | LEAD ATTORNEY; ATTORNEY TO BE NOTICED |
| **Firm Name:** | Liebowitz Law Firm, PLLC |
| **Attorney Address:** | 11 Sunrise Plaza, Suite 305<br>Valley Stream, NY 11580 |
| **Attorney Phone:** | 516-233-1660 |
| **Email Address:** | RL@LiebowitzLawFirm.com |

## Musser's, INC

| | |
|---|---|
| **Type:** | Defendant |
| **Attorney:** | Carol Steinour Young |
| **Status:** | ATTORNEY TO BE NOTICED |
| **Firm Name:** | McNees, Wallace & Nurick |

| Attorney Address: | 100 Pine Street |
| --- | --- |
| | P.O. Box 1166 |
| | Harrisburg, PA 17108-1166 |
| Attorney Phone: | 717-237-5342 |
| Attorney Fax: | 717-237-5300 |
| Email Address: | csteinour@mcneeslaw.com |
| Attorney: | David J. Shannon |
| Status: | ATTORNEY TO BE NOTICED |
| Attorney Terminated: | TERMINATED: 12/19/2019 |
| Firm Name: | Marshall Dennehey Warner Coleman & Goggin |
| Attorney Address: | 1845 Walnut St. |
| | Philadelphia, PA 19103 |
| Attorney Phone: | 215-575-2615 |
| Attorney Fax: | 215-575-0856 |
| Email Address: | DJShannon@MDWCG.com |
| Attorney: | Emily N. Doan |
| Status: | ATTORNEY TO BE NOTICED |
| Firm Name: | McNees Wallace & Nurick, LLC |
| Attorney Address: | 100 Pine Street |
| | P.O. Box 1166 |
| | Harrisburg, PA 17108 |
| Attorney Phone: | 717-237-5258 |
| Email Address: | edoan@mcneeslaw.com |

**DOCKET PROCEEDINGS (20)**

| Entry #: | Date: | Description: | | |
| --- | --- | --- | --- | --- |
| 19 | 10/26/2020 | STIPULATION of Dismissal and Settlement by Adlife Marketing & Communications Company, INC. (Liebowitz, Richard) (Entered: 10/26/2020) | View | Add to request |
| | 10/26/2020 | DOCKET ANNOTATION: AO 121 form and stipulation of voluntary dismissal mailed to register of copyrights, (mw) (Entered: 10/26/2020) | | Send Runner to Court |
| 18 | 10/06/2020 | SCHEDULING ORDER: Final Pretrial Conference set for 11/2/2020 09:30 AM before Chief Judge John E. Jones III. See order for all deadlines and call instructions (eo) (Entered: 10/06/2020) | View | Add to request |
| 17 | 07/27/2020 | NOTICE by Adlife Marketing & Communications Company, INC Order (Liebowitz, Richard) (Entered: 07/27/2020) | View | Add to request |
| 16 | 02/12/2020 | NOTICE of Appearance by David J. Shannon on behalf of Musser's, INC (Shannon, David) (Entered: 02/12/2020) | View | Add to request |
| 15 | 12/30/2019 | Order # 2 PRACTICE ORDER (eo) (Entered: 12/30/2019) | View | Add to request |
| 14 | 12/30/2019 | ORDER # 1 - STANDARD CASE MANAGEMENT TRACK Final Pretrial Conference set for 11/2/2020. Jury Selection set for 12/2/2020 09:30AM before | View | Add to request |

| | | | | |
|---|---|---|---|---|
| | | Honorable John E. Jones III. See order for all deadlines. (eo) (Entered: 12/30/2019) | | |
| 12 | 12/19/2019 | CASE MANAGEMENT PLAN (Amended) by Musser's, INC. (Doan, Emily) (Entered: 12/19/2019) | View | Add to request |
| 11 | 12/19/2019 | WITHDRAWAL OF ATTORNEY APPEARANCE - Attorney David J. Shannon terminated on behalf of Musser's, Inc.. (Shannon, David) (Entered: 12/19/2019) | View | Add to request |
| 10 | 12/19/2019 | CASE MANAGEMENT PLAN by Adlife Marketing & Communications Company, INC. (Liebowitz, Richard) (Entered: 12/19/2019) | View | Add to request |
| 9 | 12/12/2019 | ANSWER to 1 Complaint by Musser's, INC.(Doan, Emily) (Entered: 12/12/2019) | View | Add to request |
| 8 | 12/10/2019 | NOTICE of Appearance by Carol Steinour Young on behalf of Musser's, INC (Young, Carol) (Entered: 12/10/2019) | View | Add to request |
| 7 | 12/10/2019 | NOTICE of Appearance by Emily N. Doan on behalf of Musser's, INC (Doan, Emily) (Entered: 12/10/2019) | View | Add to request |
| 6 | 12/05/2019 | NOTICE of Appearance by David J. Shannon on behalf of Musser's, INC (Shannon, David) (Entered: 12/05/2019) | View | Add to request |
| 5 | 11/20/2019 | ORDER The joint case management plans in these cases SHALL BE FILED by orbefore December 19, 2019. (eo) (Entered: 11/20/2019) | View | Add to request |
| 4 | 11/04/2019 | SCHEDULING ORDER: Case Management Conference set for 12/30/2019 11:30 AM before Honorable John E. Jones III. See attached court calendar. The 4 dates attibuted to each trial term must be utilized when completing the JCMP.(eo) (Entered: 11/04/2019) | View | Add to request |
| 3 | 10/22/2019 | Report to Com. Patent & Trademarks re: Complaint(mfa) (Entered: 10/22/2019) | View | Add to request |
| 2 | 10/22/2019 | Summons Issued as to All Defendants and provided TO ATTORNEY ELECTRONICALLY VIA ECF for service on Defendant(s)in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure. (NOTICE TO ATTORNEYS | View | Add to request |

| | | | |
|---|---|---|---|
| | | RECEIVING THE SUMMONS ELECTRONICALLY: You must print the summons and the attachment when you receive it in your e-mail and serve them with the complaint on all defendants in the manner prescribed by Rule 4 of the Federal Rules of Civil Procedure). (Attachments: # 1 Summons Packet) (mfa) (Entered: 10/22/2019) | |
| | 10/22/2019 | DOCKET ANNOTATION: Attorney Richard Liebowitz is advised that the special admissions form can be found at http://www.pamd.uscourts.gov/forms/petition-admission-practice (mfa) (Entered: 10/22/2019) | Send Runner to Court |
| 1 | 10/21/2019 | COMPLAINT against Musser's, INC ( Filing fee $400, Receipt Number 0314-4905110), filed by Adlife Marketing & Communications Company, INC. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit(s)) (mfa) (Entered: 10/22/2019) | View   Add to request |

TO ORDER COPIES OF ANY DOCUMENTS LISTED ABOVE, CALL WESTLAW COURTEXPRESS 1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**End of Document**         © 2021 Thomson Reuters. No claim to original U.S. Government Works.