# Exhibit 1

**To:**    Joel Albrizio[joel@adlife.com]; Doug Fleurant[doug.fleurant@adlife.com]; Richard Liebowitz[richardpliebowitz@gmail.com]
**From:**   Rebecca Jones
**Sent:**    Wed 4/22/2020 9:32:27 PM
**Subject:** Infringement Case Log Updates 4/22

Here are the updates from today's call:



- Karns Foods: Frye answered the Complaint today, boilerplate response.  Can start working towards Mediation now

Rebecca

--

**Rebecca M. Jones**
**Intellectual Property Manager**
C: (401) 543-7553
O: (401) 723-4782
rebecca.jones@adlife.com

38 Church Street
Pawtucket, RI 02860
www.adlife.com

**To:** Joel Albrizio[joel@adlife.com]; Doug Fleurant[doug.fleurant@adlife.com]; Richard Liebowitz[richardpliebowitz@gmail.com]
**From:** Rebecca Jones
Case 1:19-cv-01638-YK   Document 68-1   Filed 03/15/21   Page 3 of 29
**Sent:** Wed 5/6/2020 9:58:04 PM
**Subject:** Case Status Update

Gentlemen:
Here is the update for this week for Richard's cases



- Karns/AdPost: Richard to try to set up Mediation in June.  Frye Communications is in



**The following cases have no update / are in Default:**

- Buckingham Market

Thank you all. Take care and stay safe!

Rebecca

--

**Rebecca** M. Jones

Intellectual Property Manager

C: (401) 543-7553

O: (401) 723-4782

rebecca.jones@adlife.com

38 Church Street
Pawtucket, RI 02860
www.adlife.com

**To:**    Rebecca Jones[rebecca.jones@adlife.com]
**Cc:**    Doug Fleurant[doug.fleurant@adlife.com]; Joel Albrizio[joel@adlife.com]
**From:**   Richard Liebowitz
**Sent:**   Wed 5/6/2020 9:59:53 PM
**Subject:** Re: Case Status Update

Thank you, Rebecca!

On Wed, May 6, 2020 at 5:58 PM Rebecca Jon s <rebecca.jones@adlife.com> wrote:

> Gentlemen:
> Here is the update for this week     Richard's cases:

███

    ███████████████

███████████████████

███████████████████████████████████████
████████████████████████████

███████████████

    ████████████████████████
████████

████████████████

    ████████████████████████

██████████

- Karns/AdPost Richard to try to set up Mediation in June.  Frye Communications is in
- █████████████████████████████████
████████████████

**The following cases have no update / are in Default:**

- Buckingham Market
- ██████████████

██████████████████████

███████████████████

Thank you all. Take care and stay safe!

Rebecca

--

**Rebecca M. Jones**
Intellectual Property Manager
C: (401) 543-7553
O: (401) 723-4782
rebecca.jones@adlife.com



38 Church Street
Pawtucket, RI 02860
www.adlife.com

---

*Much of our business is built on referrals from clients like yourself who have been pleased with the services we've provided. If you know of another company that might benefit from the products and services we provide we would be grateful for a referral.*

---

--

Best,

Richard Liebowitz
Liebowitz Law Firm, PLLC
516-233-1660
www.LiebowitzLawFirm.com

**To:** Joel Albrizio[joel@adlife.com]; Doug Fleurant[doug.fleurant@adlife.com]; Richard Liebowitz[richardpliebowitz@gmail.com]
**From:** Rebecca Jones
**Sent:** Wed 5/20/2020 11:01:27 PM
**Subject:** Weekly Case Status Update Recap

- Karns/AdPost: Richard emailed for Mediation in June. Frye Communications is in
-

**The following cases have no update / are in Default:**

- Buckingham Market
-

-

Thank you all. Take care and stay safe!

Rebecca

--

**Rebecca** M. Jones

Intellectual Property Manager

C: (401) 543-7553

O: (401) 723-4782

rebecca.jones@adlife.com

38 Church Street

Pawtucket, RI 02860

www.adlife.com

**To:**    Richard Liebowitz[richardpliebowitz@gmail.com]; Joel Albrizio[joel@adlife.com]; Doug Fleurant[doug.fleurant@adlife.com]
**From:**  Rebecca Jones
**Sent:**   Thur 5/28/2020 1:40:57 AM
**Subject:**  Case Status Weekly Update

Good evening Gentlemen,

I have emboldened the updates to make it easier.

Thank you all.

▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮**und**

- Karns/AdPost: Richard emailed for Mediation in June.  Frye Communications is in
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
  ▮▮▮▮▮▮▮▮▮▮▮

**The following cases have no update / are in Default:**

- Buckingham Market
- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- ████████████████████
████████████████

Thank you all. Take care and stay safe!

Rebecca

--

**Rebecca M. Jones**
**Intellectual Property Manager**
C: (401) 543-7553
O: (401) 723-4782
rebecca.jones@adlife.com



38 Church Street
Pawtucket, RI 02860
www.adlife.com

**To:** Doug Fleurant[doug.fleurant@adlife.com]; Joel Albrizio[joel@adlife.com]; Richard Liebowitz[richardpliebowitz@gmail.com]
**From:** Rebecca Jones
**Sent:** Thur 6/4/2020 1:14:50 AM
**Subject:** Case Statues Updates

Good evening Gentlemen,

I have emboldened the updates to make it easier.

Thank you all.

███████████████

    ██████████████████████████

███████

    ███████████████████████████

████████████████████████

    ███████████████████████████████████████████████

    ████

████████████████████████

    ███████████████   ██████████████████

    ████████

███████████████████████

    ███████████████████████████████████

█████████

    ████████████████████████████████████████████ **to**

• Karns/AdPost: Richard emailed for Mediation in June.  Frye Communications is in

• ████████████████████████████████████████████████████

    ███████████████████████████████████████

**The following cases have no update / are in Default:**

• Buckingham Market
• █████████████████████

    ███████████████████████████████████████████████

██████████████████████████

- ███████████

Thank you all. Take care and stay safe!

Rebecca

--

**Rebecca** M. Jones
Intellectual Property Manager
C: (401) 543-7553
O: (401) 723-4782
rebecca.jones@adlife.com



38 Church Street
Pawtucket, RI 02860
www.adlife.com

**To:**     Rebecca Jones[rebecca.jones@adlife.com]
**Cc:**     Doug Fleurant[doug.fleurant@adlife.com]; Joel Albrizio[joel@adlife.com]
**From:**  Richard Liebowitz
**Sent:**  Thur 6/4/2020 6:27:34 AM
**Subject:** Re: Case Statues Updates

Thank you, Rebecca!

Best,

Richard Liebowitz
Liebowitz Law Firm, PLLC
516-233-1660
www.LiebowitzLawFirm.com


On Wed, Jun 3, 2020 at 9:15 PM Rebecca Jones <rebecca.jones@adlife.com> wrote:

  Good evening Gentlemen,

I have emboldened the updates to make it easier.

Thank you all.


█████████

  ████████████████

███

  █████████████████████

███████████████

  ██████████████████████████████
████

█████████████

  ████████
████████████████

████████████

  ██████████████

█████

  █████████████████████████o

- Karns/AdPost  Richard emailed for Mediation in June.  Frye Communications is in
- █████████████████████████

**The following cases have no update / are in Default:**

- Buckingham Market
- 



 

Thank you all. Take care and stay safe!

Rebecca

--

**Rebecca M. Jones**
Intellectual Property Manager
C: (401) 543-7553
O: (401) 723-4782
rebecca.jones@adlife.com

38 Church Street
Pawtucket, RI 02860
www.adlife.com

---

*Much of our business is built on referrals from clients like yourself who have been pleased with the services we've provided. If you know of another company that might benefit from the products and services we provide we would be grateful for a referral.*

**To:** Joel Albrizio[joel@adlife.com]; Doug Fleurant[doug.fleurant@adlife.com]; Richard Liebowitz[richardpliebowitz@gmail.com]
**From:** Rebecca Jones
**Sent:** Wed 6/10/2020 10:44:10 PM
**Subject:** Case Status Weekly Update

Good evening Gentlemen,

Weekly case status updates based on my call with Richard follow.

Thank you all.



- Karns/AdPost: Richard emailed for Mediation in June.  Frye Communications is in
- week.
- ier)

**The following cases have no update / are in Default:**

- Buckingham Market
- Cousins/AdPost

Thank you all. Take care and stay safe

--

**Rebecca** M. Jones

**Intellectual Property Manager**

C  (401) 543 7553

O  (401) 723 4782

rebecca.jone_@adlife.com



38 Church Street
Pawtucket, RI 02860
www.adlife.com

**To:** Doug Fleurant[doug.fleurant@adlife.com]; Joel Albrizio[joel@adlife.com]; Richard Liebowitz[richardpliebowitz@gmail.com]
**From:** Rebecca Jones
**Sent:** Wed 6/17/2020 9:53:08 PM
**Subject:** Weekly Case Status Update

Good evening Gentlemen,

Weekly case status updates based on my call with Richard follow.

Thank you all.



- Karns/AdPost: **Awaiting Mediation date**
- 

**The following cases have no update / are in Default:**

- Buckingham Market
-



Thank you all. Take care and stay safe

--

**Rebecca** M. Jones

**Intellectual Property Manager**

C: (401) 543-7553

O: (401) 723-4782

rebecca.jones@adlife.com



38 Church Street

Pawtucket, RI 02860

www.adlife.com

**To:** Joel Albrizio[joel@adlife.com]; Doug Fleurant[doug.fleurant@adlife.com]; Richard Liebowitz[richardpliebowitz@gmail.com]
**From:** Rebecca Jones
**Sent:** Thur 6/25/2020 3:57:41 PM
**Subject:** Weekly Case Status Update

Good morning Gentlemen,

Weekly case status updates based on my call with Richard follow.

Thank you all.



- Karns/AdPost **Awaiting Mediation Date**
-

**The following cases have no update / are in Default:**

- Buckingham Market
-

Thank you all.

Rebecca

--

**Rebecca** M. Jones
**Intellectual Property Manager**
C: (401) 543-7553
O: (401) 723-4782
rebecca.jones@adlife.com



38 Church Street
Pawtucket, RI 02860
www.adlife.com

**To:**     Richard Liebowitz[richardpliebowitz@gmail.com]; Joel Albrizio[joel@adlife.com]; Doug Fleurant[doug.fleurant@adlife.com]
**From:**   Rebecca Jones
**Sent:**   Thur 7/2/2020 6:29:51 PM
**Subject:** Weekly Case Status Update

Weekly case status updates based on my call with Richard.

████████████████

██████

  ████████████████████████████████████████

████████████████████████

  ██████████████████████████████████████████████

█████████████████████████

  ███████████████████████████████████████████

████████████████████████

  ████████████████████████████████████████████████████

█████████████

- Karns/AdPost: Awaiting Mediation Date
- ████████████████████████████████████████████████

  ████████████████████████████████████████

**The following cases have no update / are in Default:**

- Buckingham Market
- ████████████████████

  █████████████████████

████████████████████████

  █████████████████████████

Thank you all.  Enjoy your Holiday Weekend!

Rebecca

--

**Rebecca M. Jones**

Intellectual Property Manager

C: (401) 543-7553

O: (401) 723-4782

rebecca.jones@adlife.com

38 Church Street
Pawtucket, RI 02860
www.adlife.com

**To:**      Joel Albrizio[joel@adlife.com]; Richard Liebowitz[richardpliebowitz@gmail.com]; Doug Fleurant[doug.fleurant@adlife.com]
**From:**    Rebecca Jones
**Sent:**    Thur 7/9/2020 11:25:16 AM
**Subject:** Weekly Case Status Update

Weekly case status updates based on my call with Richard.



- Karns/AdPost: Awaiting Mediation Date
- ██████████████████████████████████
  (████████████).

**The following cases have no update / are in Default:**

- Buckingham Market



Thank you all.

Rebecca

--

**Rebecca M. Jones**

Intellectual Property Manager

C: (401) 543-7553

O: (401) 723-4782

rebecca.jones@adlife.com



38 Church Street

Pawtucket, RI 02860

www.adlife.com

**To:** Doug Fleurant[doug.fleurant@adlife.com]; Joel Albrizio[joel@adlife.com]
**From:** Rebecca Jones
**Sent:** Fri 8/21/2020 3:03:30 PM
**Subject:** weekly infringement department status report

█████████████

████████████████████████████████████████████████████████████████

## RICHARD LIEBOWITZ CASE STATUS:

██████

██████████████████████████████████████████████████ **to**
████████████████████████████████████████
████████████████████████████████████ **ount.**
████████████████████████████████████

████████████████████████

████████████████████████████

████████████████████████████████████████

████████████████████

████████████████

- Karns/AdPost: Awaiting next conference.
- ████████████████████████████████████████

**Default Status:**

- Buckingham Market: Richard requested $30K in Default.  Judge questioned that amount (1 image). Richard will write to the Judge and reduce request to $10K.

████████████████████████████████████ **:**

████████████████████

████████████████████████████████████████████████████

████████████████

████████████████████████████████████████

Thank you.  Have a great weekend!

--

**Rebecca M. Jones**
Intellectual Property Manager
C: (401) 543-7553
O: (401) 723-4782
rebecca.jones@adlife.com

38 Church Street
Pawtucket, RI 02860
www.adlife.com

**To:**      Doug Fleurant[doug.fleurant@adlife.com]; Joel Albrizio[joel@adlife.com]
**From:**    Rebecca Jones
**Sent:**    Fri 9/25/2020 6:45:31 PM
**Subject:** Liebowitz Updates

Joel and Doug,
Here are the updates from my call with Richard



- **Karns/AdPost** Will set up mediation soon

--

**Rebecca M. Jones**
**Intellectual Property Manager**
C: (401) 543-7553
O: (401) 723-4782
rebecca.jones@adlife.com

38 Church Street
Pawtucket, RI 02860
www.adlife.com

**To:**    Doug Fleurant[doug.fleurant@adlife.com]; Joel Albrizio[joel@adlife.com]
**From:**  Rebecca Jones
**Sent:**    Mon 10/5/2020 12:20:59 PM
**Subject:** Liebowitz case status updates

Joel and Doug,



- **Karns/AdPost** Will set up mediation soon
- ▪

--

**Rebecca M. Jones**
Intellectual Property Manager
C: (401) 543-7553
O: (401) 723-4782
rebecca.jones@adlife.com

38 Church Street
Pawtucket, RI 02860
www.adlife.com

**To:**    Joel Albrizio[joel@adlife.com]; Doug Fleurant[doug.fleurant@adlife.com]; Jennifer Albrizio[jennifer.albrizio@adlife.com]
**From:**  Rebecca Jones
**Sent:**   Wed 10/7/2020 11:07:50 PM
**Subject:** Liebowitz case status update

Joel, Doug and Jen,

**Settled and Paid:**

- ████

  ███████████████████████████████████████████

  ███████████████████
  ██████████████████████████████
  █████████████████████████

  ███████████████
  ████████████
    - **Karns/AdPost** Will set up mediation soon **(36 images used 89 times)**
  █████████████████████████████████████
  █████████████████████

**Defaults:**

- ██████ : ████████████████████████
- **Buckingham Market:**   2 images.  Richard is letting this sit, not a good Judge to poke with the Default, Judge is being favorable to Defendant.
- ████████████████████████████████████████
  █████████████████████████████
  ████████ g: █████████████

I think this covers all of Richard's cases.  Please let me know if you have any questions or need anything further.

Rebecca

--

**Rebecca M. Jones**
Intellectual Property Manager
C: (401) 543-7553
O: (401) 723-4782
rebecca.jones@adlife.com



38 Church Street
Pawtucket, RI 02860
www.adlife.com