# Exhibit

# 2

| FILED CASES | 8/19: | 8/26: | 9/16: | 9/24: | 9/30/2020: | 10/7/20: | 10/14/2020: | 10/23/20: | 10/28/20: | 11/11/20: |
|---|---|---|---|---|---|---|---|---|---|---|
| AdPost | no update | no update | No Update | No Update | No Update | will check if default filed | Doesn't think default was filed - will check and file next week. | no update | no update | no update<br><br>11/13/2020: Case No.1:2019cv01701 Middle District of PA.  Last Docket Entry: 11/20/2019: Joint case management plans must be filed on or before Dec. 19, 2019. |
| Buckingham Market (Olean) | 8/19: Richard requested $30K on Default - Judge questioned the amount, Richard will write to Judge and reduce to $10K | 8/26: Richard will amend default demand - Judge is being defendant favorable.  Don't want to set a precedent and have judge set it at $200 or $750 | 9/16: Richard is letting this sit - not a good judge to poke with the Default. | No Update | No Update | no update (2 images) | | no update | | no update<br>11/13/20:  Rebecca found Decison/Order of the Court from August 18, 2020.  Richard was fined $1,000 in Sanctions in this case - Default was denied. |
| Karns Foods/AdPost | 8/19: conference on Monday 8/24 with Judge - probably schedule Mediation | 8/26: had conference with Judge, will have mediation in a few months | 9/16: will set up mediation soon. 36 images used 89 times | No Update | No Update | no mediation scheduled. (36 images used 89 times) | waiting to set up mediation | 10/23: trying to get dates for mediation before moving to SJ. | in touch to try to set up mediation with Frye and Karns.  may have to do via remote means instead of in person. | no update<br>11/13/20: Rebecca found case online.  Case No. 1:2019cv01638.  8/19/20: Atty Liebowitz was reminded by the Court that he must file special admissions form (never filed).  The same day, Karns filed a Motion for Summary Judgment and a brief in support of their Motion.  8/24/20: a status conference was held, Attorney Liebowitz had not filed the special admissions form, therefore since he is NOT ADMITTED to the Middle District of PA, it was Ordered that the action is STAYED pending appearance of Counsel for Plaintiff who is qualified to appear.  10/30/20: A Motion to Dismiss for lack of prosecution, and a brief in support of that Motion, were filed by Karns.  11/12/20: Petition for special admission (pro hac vice) was filed by Attorney Freeman on behalf of Adlife. |