# Exhibit 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTHUR USHERSON,

                       Plaintiff,

   - against -

BANDSHELL ARTIST MANAGEMENT

                     Defendant.

Docket No. 1:19-cv-06368-JMF

## DECLARATION OF RICHARD LIEBOWITZ

I, RICHARD LIEBOWITZ, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my personal knowledge:

1. I am lead counsel for Plaintiff Arthur Usherson ("Plaintiff") and the founding member of Liebowitz Law Firm, PLLC ("LLF").

2. Sanction Three imposed upon me and LLF by the Court's Opinion and Order dated June 26, 2020 (the "Order") (Dkt. No. 68), requires that I serve a copy of the Order on every one of LLF's current clients. In order to identify the required recipients, I have relied upon an LLF internal email list—which I have reviewed for accuracy and to the best of my knowledge believe to be complete—to which LLF adds each new client upon engagement. I attest that on July 27, 2020, I served by email a copy of the Order on every one of LLF's clients identified in this manner.

3. Sanction Four imposed upon me and LLF requires that I file a copy of the Court's Order on the docket of all currently pending cases brought by me or LLF. In order to identify

these cases, I have searched on Pacer, in every federal judicial district around the country, for my name as counsel of record. There are a small number of cases filed by my firm in which I am not counsel of record; in order to identify those cases, I relied on my firm's internal records. In every case I identified on Pacer or in my internal records in this manner, I filed the Court's Order. I then double-checked these filings against my firm's internal case management system. To the best of my knowledge, this method has identified every currently pending case brought by me and LLF, and I attest that pursuant to Sanction Four I have filed the Court's Order in all cases that I so identified.

4. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted:

Dated: July 27, 2020
Valley Stream, NY

**s/richardliebowitz/**
Richard Liebowitz