# Exhibit 4



Rebecca Jones <rebecca.jones@adlife.com>

# Liebowitz- - Buckingham
8 messages

**Rebecca Jones** <rebecca.jones@adlife.com>  Mon, Nov 16, 2020 at 3:20 PM
To: Doug Fleurant <doug.fleurant@adlife.com>

Doug,

This is the Buckingham Market Decision.  It's eye-opening to read, and seems to be detrimental to Adlife because we're associated with Liebowitz.

Rebecca


--

**Rebecca M. Jones**
Intellectual Property Manager



C: (401) 543-7553
O: (401) 723-4782

38 Church Street
Pawtucket, RI 02860

rebecca.jones@adlife.com

www.adlife.com

 **Adlife Mktg. & Commc'ns Co. v. Buckingham Bros.pdf**
268K

---

**Doug Fleurant** <doug.fleurant@adlife.com>  Mon, Nov 16, 2020 at 3:45 PM
To: Rebecca Jones <rebecca.jones@adlife.com>

OMG.  Has Joel read this?
[Quoted text hidden]
--
**Douglas Fleurant**
*Executive Vice President*
*Chief Financial Officer*
**Adlife Marketing & Communications Co.,Inc.**
**38 Church Street**
**Pawtucket RI 02860**
o:  401.723.4782
m: 617.529.7234
doug@adlife.com
www.adlife.com
*"Work to shape your future, or let your future shape you"*

---

**Rebecca Jones** <rebecca.jones@adlife.com>  Mon, Nov 16, 2020 at 3:52 PM

To: Doug Fleurant <doug.fleurant@adlife.com>

I don't think so. I was afraid to send it Friday. I finally read the whole thing through. I had to keep taking breaks on Friday because I knew it was bad, but I wanted to find out about all of the other cases also.

It's just awful. Did you read the footnotes also? The Judge lumps Adlife in with Liebowitz. We need to distance ourselves from him.

[Quoted text hidden]

---

**Doug Fleurant** <doug.fleurant@adlife.com>                                    Mon, Nov 16, 2020 at 3:54 PM
To: Rebecca Jones <rebecca.jones@adlife.com>

I agree,  That is what I said to Joel this morning.

I have highlighted several things in this Decision, I will share it with Joel.

Doug

[Quoted text hidden]

---

**Rebecca Jones** <rebecca.jones@adlife.com>                                    Mon, Nov 16, 2020 at 3:55 PM
To: Doug Fleurant <doug.fleurant@adlife.com>

Doug,

Just give me one second. I want to make sure you and I are highlighting the same things to point out to Joel.

[Quoted text hidden]

---

**Doug Fleurant** <doug.fleurant@adlife.com>                                    Mon, Nov 16, 2020 at 3:57 PM
To: Rebecca Jones <rebecca.jones@adlife.com>

HER IS MY COPY

[Quoted text hidden]

 **Adlife Mktg. & Commc'ns Co. v. Buckingham Bros.pdf**
284K

---

**Rebecca Jones** <rebecca.jones@adlife.com>                                    Mon, Nov 16, 2020 at 4:10 PM
To: Doug Fleurant <doug.fleurant@adlife.com>

Yep, we're on the same page. I think the only thing I had highlighted that you didn't was under conclusion where it says he's ordered to pay the $1,000 within 7 days, and that all parties were supposed to be served a copy of the Memorandum-Decision.

==If the clerk served him a copy of it in accordance with the local rules, then he's known for MONTHS that he's been misleading us with the status of this case.==

[Quoted text hidden]

**Rebecca Jones** <rebecca.jones@adlife.com>  
To: Doug Fleurant <doug.fleurant@adlife.com>

Fri, Feb 26, 2021 at 4:21 PM

Doug,

Shoud we send this to Joe Dunne re: Karns/Buckingham??

B.

[Quoted text hidden]

--

www.adlife.com

[Quoted text hidden]