# Exhibit 9

**To:** Richard Liebowitz[RL@liebowitzlawfirm.com]
**Cc:** Doug Fleurant[doug.fleurant@adlife.com]; Rebecca Jones[rebecca.jones@adlife.com]
**From:** Joel Albrizio
**Sent:** Wed 2/26/2020 9:13:01 PM
**Subject:** Re: Karns Update...

Richard,

We already have 59 images. Thats a lot of images.

On Wed, Feb 26, 2020 at 4:08 PM Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:

> Can we get a total count to date of the number of photos used by Karns? Thanks.
> Best,
> Richard Liebowitz, Esq.
> Liebowitz Law Firm, PLLC
> t.516-233-1660
> RL@LiebowitzLawFirm.com
> www.LiebowitzLawFirm.com
>
>
> ************************************************************************
> This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
> ************************************************************************
>
>
> On Wed, Feb 26, 2020 at 4:01 PM Joel Albrizio <joel@adlife.com> wrote:
>
>> Richard,
>>
>>
>> Regards, Joel
>>
>>
>>
>>
>> On Wed, Feb 26, 2020 at 3:53 PM Richard Liebowitz <RL@liebowitzlawfirm.com> wrote:
>>
>>> Hi All,
>>>
>>> --
>>> Best,
>>> Richard Liebowitz, Esq.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

--
*Joel M. Albrizio*
*38 Church Street*
*Pawtucket, R.I. 02862*
*Direct 617-759-4504*
*Bad-Adz.com*
*PreparedFoodPhotos.com*
*Adlife.com*


**Much of our business is built on referrals from clients like yourself who have been pleased with the services we've provided. If you know of another company that might benefit from the products and services we provide we would be grateful for a referral.**

--
*Joel M. Albrizio*
*38 Church Street*
*Pawtucket, R.I. 02862*
*Direct 617-759-4504*
*Bad-Adz.com*
*PreparedFoodPhotos.com*
*Adlife.com*