# Exhibit 12

| | |
|---|---|
| **To:** | Richard Liebowitz[rl@liebowitzlawfirm.com]; Joel Albrizio[joel@adlife.com]; Doug Fleurant[doug.fleurant@adlife.com] |
| **Cc:** | James H. Freeman[jf@liebowitzlawfirm.com] |
| **From:** | Rebecca Jones |
| **Sent:** | Mon 8/3/2020 1:09:04 PM |
| **Subject:** | Re: Karns |

RIchard,

I will have this information for you, but I have to express some frustration.

We have a weekly call specifically so we can stay on top of the cases, and for example, avoid last minute requests for Discovery. Unfortunately, that has not proven to be true. Discovery requests are received by your office 30 days before they are due, however Adlife typically does not receive notice of them until two days before they are due. This practice cannot continue.

Please understand, each of us on this team has a daily workload to manage, and additional requests such as these can be managed more easily when there is more time to complete them. When I am given a minimal window of time, other important tasks must be pushed aside.

Please help me work with you the best way possible.

Thank you,
Rebecca

On Sun, Aug 2, 2020 at 10:42 PM Richard Liebowitz <rl@liebowitzlawfirm.com> wrote:

> Hi Rebecca,
> Hope you are well. Can you kindly gather all the copyright registrations for the Karn's case. See attached Exhibit A. We need to produce this Tuesday. Thanks so much!
> Exhibit A- Adlife v. Karns Stamped (1).pdf
>
>
> Best,
>
> Richard Liebowitz
> Liebowitz Law Firm, PLLC
> 516-233-1660
> www.LiebowitzLawFirm.com
>
>
> --
>
 

**Rebecca M. Jones**
Intellectual Property Manager
C: (401) 543-7553
O: (401) 723-4782
rebecca.jones@adlife.com

38 Church Street
Pawtucket, RI 02860
www.adlife.com