# Exhibit 13

**To:**     Joel Albrizio[joel@adlife.com]
**Cc:**     Richard Liebowitz[rl@liebowitzlawfirm.com]; Doug Fleurant[doug.fleurant@adlife.com]; James H. Freeman[jf@liebowitzlawfirm.com]
**From:**    Rebecca Jones
**Sent:**    Mon 8/3/2020 5:00:00 PM
**Subject:**  Re: Karns

Richard,

Here is a link to the folder on Google Drive which contains the Certificates.

https://drive.google.com/drive/folders/1CmPNwP6NT0RP5O1MiBLBK5Lyscu8V9n_?usp=sharing

Please let me know if you need anything else.

Rebecca

On Mon, Aug 3, 2020 at 9:11 AM Joel Albrizio <joel@adlife.com> wrote:

   We should be demanding mediation in the Karns case.

Typed with two thumbs and sent from my iPhone

On Aug 3, 2020, at 9:09 AM, Rebecca Jones <rebecca.jones@adlife.com> wrote:


      RIchard,
      I will have this information for you, but I have to express some frustration.

      We have a weekly call specifically so we can stay on top of the cases, and for example, avoid last minute requests
      for Discovery.  Unfortunately, that has not proven to be true.  Discovery requests are received by your office
      30 days before they are due, however Adlife typically does not receive notice of them until two days before
      they are due.  This practice cannot continue.

      Please understand, each of us on this team has a daily workload to manage, and additional requests such as these can
      be managed more easily when there is more time to complete them.  When I am given a minimal window of
      time, other important tasks must be pushed aside.

      Please help me work with you the best way possible.

      Thank you,
      Rebecca

      On Sun, Aug 2, 2020 at 10:42 PM Richard Liebowitz <rl@liebowitzlawfirm.com> wrote:

            Hi Rebecca,
            Hope you are well. Can you kindly gather all the copyright registrations for the Karn's case. See attached
            Exhibit A. We need to produce this Tuesday. Thanks so much!
            **_Exhibit A- Adlife v. Karns Stamped (1).pdf**


            Best,

            Richard Liebowitz
            Liebowitz Law Firm, PLLC
            516-233-1660
            www.LiebowitzLawFirm.com

--

**Rebecca** M. Jones
Intellectual Property Manager
C: (401) 543-7553
O: (401) 723-4782
rebecca.jones@adlife.com



38 Church Street
Pawtucket, RI 02860
www.adlife.com

--

**Rebecca** M. Jones
Intellectual Property Manager
C: (401) 543-7553
O: (401) 723-4782
rebecca.jones@adlife.com



38 Church Street
Pawtucket, RI 02860
www.adlife.com