# Exhibit 14

**To:** Joel Albrizio[joel@adlife.com]
**Cc:** Doug Fleurant[doug.fleurant@adlife.com]; Rebecca Jones[rebecca.jones@adlife.com]
**From:** Richard Liebowitz
**Sent:** Mon 11/16/2020 2:52:35 AM
**Subject:** Re: Update?

Hi Joel,

On the case against Karns, months ago they did a SJ on the issue that we did not provide proof of actual damages, but we are going for statutory damages, so you do not need to prove actual damages for a statutory damages case. So their motion will likely not succeed and even if it does you still have the $750-$150,000 for statutory for willful infringement. Our response was put on pause, as I needed to get a local lawyer in Harrisburg which took some time to get. The judge did not set a time limit on when to get a local lawyer in Harrisburg. I thought the parties would do a meditation before having to get a local lawyer in Harrisburg, PA. Instead of trying to in good faith do a mediation they did a motion for lack of prosecution, which has almost no shot of winning as the court never set a time limit to get a local lawyer. In any event, I got a local lawyer late last week to come in and we responded to them and told the judge to require the other side to participate in a mediation. The judge is likely going to set a status conference in the upcoming few weeks to talk about mediation and to talk about new discovery deadlines. Karns never produced any documents in the case so we have a strong argument that they have not engaged in good faith. The case is taking its course. Let me know if you want to jump on the phone to discuss more.

Thank you.

Best,

Richard Liebowitz
Liebowitz Law Firm, PLLC
516-233-1660
www.LiebowitzLawFirm.com


On Sun, Nov 15, 2020 at 1:09 AM Joel Albrizio <joel@adlife.com> wrote:

> Richard,
> You and I spoke on Thursday we need everything in writing. You keep telling us things and find the information incorrect and in conflict with court records.
> Please put everything in writing or we must make a change.
> Joel

Typed with two thumbs and sent from my iPhone

> On Nov 14, 2020, at 11:10 PM, Richard Liebowitz <richardpliebowitz@gmail.com> wrote:
>
> ?
> Hi Joel,
> Lets set up a phone call for Monday. How does 5pm work?

Best,

Richard Liebowitz
Liebowitz Law Firm, PLLC
516-233-1660
www.LiebowitzLawFirm.com


On Sat, Nov 14, 2020 at 11:00 PM Joel Albrizio <joel@adlife.com> wrote:

Richard,

We have all but begged you to update us and resolve all of the outstanding issues with all of the cases and courts.

On Thursday we both agreed you would respond in detain in writing. Still no response.

If we are not fully informed in writing and each case issue resolved we will move every case on Monday by the close of business.

Please understand there can be no extensions or excuses.

Regards, Joel

Typed with two thumbs and sent from my iPhone

> On Nov 10, 2020, at 8:02 PM, Joel Albrizio <joel@adlife.com> wrote:
>
> ?55/45 for the full 50 or 60/40 until we return $35,000.

Typed with two thumbs and sent from my iPhone

> On Nov 10, 2020, at 7:58 PM, Richard Liebowitz <richardpliebowitz@gmail.com> wrote:
>
> ?
> Hi Joel,
> How about we meet at 45/55 until you recoup $10,000?

Best,

Richard Liebowitz
Liebowitz Law Firm, PLLC
516-233-1660
www.LiebowitzLawFirm.com

On Mon, Nov 9, 2020 at 11:18 PM Joel Albrizio <joel@adlife.com> wrote:

> I have anytime before 2:00. Otherwise I am booked. Wednesday will be difficult as well.
> We need to figure this out, Joel

Typed with two thumbs and sent from my iPhone

> On Nov 9, 2020, at 11:02 PM, Richard Liebowitz <richardpliebowitz@gmail.com> wrote:
>
> ?
> Hi Joel,
> Lets talk tomorrow. How does 3pm work? Thanks.

Best,

Richard Liebowitz
Liebowitz Law Firm, PLLC
516-233-1660
www.LiebowitzLawFirm.com


On Mon, Nov 9, 2020 at 5:17 PM Joel Albrizio <joel@adlife.com> wrote:

> Hi Richard,
> We need to get back on track. First of all, are we in agreement on the 10% discount until we are out the opposing counsel legal fees.

With that agreed upon we need to fill the pipeline with new cases.......Joel


On Mon, Nov 9, 2020 at 4:39 PM Rebecca Jones <rebecca.jones@adlife.com> wrote:

> Richard,
> We weren't able to have our weekly zoom/call last week due to a Court conference you were in on Wednesday.  I have been awaiting an email update from you since then.

Please provide at your earliest convenience.  Let me know if you have any schedule conflicts with the zoom call this week please.

Thank you,
Rebecca

--

| | |
|---|---|
| **Rebecca M. Jones** | |
| Intellectual Property Manager | 38 Church Street |
| C: (401) 543-7553 | Pawtucket, RI 02860 |
| O: (401) 723-4782 | www.adlife.com |
| rebecca.jones@adlife.com | |


--
*Joel M. Albrizio*
*38 Church Street*
*Pawtucket, R.I. 02862*
*Direct 617-759-4504*
*Bad-Adz.com*
*PreparedFoodPhotos.com*
*Adlife.com*

*Much of our business is built on referrals from clients like yourself who have been pleased with the services we've provided. If you know of another company that might benefit from the products and services we provide we would be grateful for a referral.*

**Much of our business is built on referrals from clients like yourself who have been pleased with the services we've provided. If you know of another company that might benefit from the products and services we provide we would be grateful for a referral.**

***Much of our business is built on referrals from clients like yourself who have been pleased with the services we've provided. If you know of another company that might benefit from the products and services we provide we would be grateful for a referral.***

***Much of our business is built on referrals from clients like yourself who have been pleased with the services we've provided. If you know of another company that might benefit from the products and services we provide we would be grateful for a referral.***