# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF
# PENNSYLVANIA

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC.<br><br>　　　　　　　Plaintiff,<br><br>- against -<br><br>KARNS PRIME AND FANCY FOOD, LTD. AND AD POST GRAPHICS MEDIA MARKETING, INC.<br><br>　　　　　　　Defendants,<br>-　against –<br><br>FRY COMMUNICATIONS, INC., | Case No. 1:19-cv-01638-YK |

## ORDER

AND NOW, upon consideration of the Motion of Thomas O. Williams, Esquire of Reager & Adler, P.C., for leave to withdraw as counsel for Fry Communications, Inc. said Motion is GRANTED and Attorney Williams shall be withdrawn as counsel for Fry Communications, Inc. in the captioned matter.

　　　　　　　　　　　　　　　　　　s/ Yvette Kane