UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

CASE NO.:  1:19-cv-01638-YK

ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

      Plaintiff,

v.

KARNS PRIME AND FANCY FOOD LTD.
and AD POST GRAPHICS MEDIA
MARKETING, INC.,

      Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Adlife Marketing & Communications Co., Inc., the Appellant in the above-named case, hereby appeals to the **United States Court of Appeals for the Third Circuit** from the Order dated May 11, 2021 denying Plaintiff's Motion for Reconsideration [DE 83] of the Order dismissing Plaintiff's Complaint [DE 60] entered in this action on February 23, 2021.

Dated:  June 1, 2021                        Respectfully submitted,

                                                        */s/  Joseph A. Dunne*
                                                        JOSEPH A. DUNNE (JD0674)
                                                        joseph.dunne@sriplaw.com
                                                        JOEL ROTHMAN (*pro hac vice*)
                                                        joel@sriplaw.com

                                                        **SRIPLAW**
                                                        125 Maiden Lane
                                                        Suite 5C
                                                        New York, NY  10038
                                                        929.200.8446 – Telephone
                                                        561.404.4353 – Facsimile

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

*Attorney for Plaintiff Adlife Marketing & Communications Co., Inc.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on June 1, 2021, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

/s/ Joseph A. Dunne
JOSEPH A. DUNNE (JD0674)

## SERVICE LIST

Mr. Gregory S. Hirtzel
Mr. Benjamin P. Novak
Fowler Hirtzel McNulty & Spaulding, LLP
1860 Charter Lane
Suite 201
Lancaster, PA 17601
ghirtzel@fhmslaw.com
bnovak@flmslaw.com
Attorneys for Karns Prime and Fancy Food Ltd.