UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 21-2074
_____

ADLIFE MARKETING & COMMUNICATIONS COMPANY, INC.,
Appellant

v.

KARNS PRIME AND FANCY FOOD, LTD;
AD POST GRAPHICS MEDIA MARKETING, INC.

v.

FRY COMMUNICATIONS, INC.
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(D.C. No. 1:19-CV-01638)
District Judge:  Honorable Yvette Kane
_____

Submitted Under Third Circuit L.A.R. 34.1(a)
November 15, 2022
_____

Before:  HARDIMAN, RESTREPO, and PORTER, *Circuit Judges*.
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted on November 15, 2022, pursuant to Third Circuit LAR 34.1(a).

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the District Court's orders entered on February 23, 2021 and May 11, 2021 are hereby **AFFIRMED**. All of the above in accordance with the Opinion of this Court. Costs taxed against Appellant.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: January 13, 2023